B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

In re City of Chester, Pennsylvania,    Case No.
  Debtor

Chapter 9

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 *or* chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of Creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to set off* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| City of Chester Aggregate Pension Fund<br>1 Fourth Street<br>Chester, PA 19013 | City of Chester Aggregate Pension Fund<br>1 Fourth Street<br>Chester, PA 19013<br><br>PNC Financial Services Group, Inc. as Pension Plan Administrator<br>The Tower at PNC Plaza<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 | Estimated pension unfunded actuarial accrued liability under Police Pension Plan | | $103,200,000.00 |

| | | | | |
|---|---|---|---|---|
| City of Chester Aggregate Pension Fund<br>1 Fourth Street<br>Chester, PA 19013 | City of Chester Aggregate Pension Fund<br>1 Fourth Street<br>Chester, PA 19013<br><br>PNC Financial Services Group, Inc. as Pension Plan Administrator<br>The Tower at PNC Plaza<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 | Estimated pension unfunded actuarial accrued liability under Paid Firemen's Pension Plan | | $16,900,000.00 |
| PFS VII LLC<br>54 Camp Street<br>Milford, MA 01757 | PFS VII LLC<br>c/o Michael Lenza<br>54 Camp Street<br>Milford, MA 01757<br>Tel: 508-634-3185<br>Fax: 888-489-9073<br>Email: mlenza@aol.com<br><br>PFS VII LLC<br>c/o Elliott Greenleaf, P.C.<br>Thomas B. Helbig<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br><br>PFS VII LLC<br>c/o Raffaele Puppio<br>Ernie Angelos<br>19 West Third Street<br>Media, PA 19063 | Default Premium Government Contract | Disputed | $12,120,000.00 |
| U.S. Bank National Association as paying agent<br>50 S. 16th Street, Suite 2000<br>Philadelphia, PA 19102 | U.S. Bank National Association<br>Attn: Corporate Trust<br>50 S. 16th Street, Suite 2000<br>Philadelphia, PA 19102 | Trustee 2017A Bonds | | $9,149,365.00 |
| County of Delaware, Pennsylvania<br>201 West Front Street<br>Media, PA 19063 | County of Delaware, Pennsylvania<br>Attn: Executive Director<br>County Government Center<br>201 West Front Street<br>Media, PA 19063<br><br>Delaware County, Pennsylvania<br>Attn: William F. Martin, County Solicitor<br>Government Center, 2nd Floor | 2009 Lease | | $7,549,015.28 |

| | | | | |
|---|---|---|---|---|
| | County Government Center 201 West Front Street Media, PA 19063 Email: martinw@co.delaware.pa.us | | | |
| City of Chester Aggregate Pension Fund 1 Fourth Street | City of Chester Aggregate Pension Fund 1 Fourth Street Chester, PA 19013 PNC Financial Services Group, Inc. as Pension Plan Administrator The Tower at PNC Plaza 300 Fifth Avenue Pittsburgh, PA 15222 | Estimated pension unfunded actuarial accrued liability as Officers and Employees Pension Plan | | $7,100,000.00 |
| U.S. Bank National Association as paying agent 50 S. 16th Street, Suite 2000 Philadelphia, PA 19102 | U.S. Bank National Association Attn: Corporate Trust 50 S. 16th Street, Suite 2000 Philadelphia, PA 19102 | Trustee 2017B Bonds | | $6,107,250.00 |
| State of Pennsylvania, Department of Community & Economic Development Commonwealth Keystone Building 400 North Street Harrisburg, PA 17120 | State of Pennsylvania, Department of Community & Economic Development Commonwealth Keystone Building 400 North Street Harrisburg, PA 17120 | 2017 Loan | | $1,200,000.00 |
| Greenberg Traurig LLP 1717 Arch Street, Suite 400 Philadelphia, PA 19103 | Greenberg Traurig LLP c/o Kevin Greenberg 1717 Arch Street, Suite 400 Philadelphia, PA 19103 Tel: 215-988-7818 Email: greenbergk@gtlaw.com | Professional Services | Contingent, unliquidated, and disputed | $1,000,000.00 |
| Delaware Valley Regional Finance Authority c/o Calhoun, Baker Inc. 1811 Bethlehem Pike, Suite C350 Flourtown, PA | Delaware Valley Regional Finance Authority c/o Calhoun, Baker Inc. 1811 Bethlehem Pike, Suite C350 Flourtown, PA 19031 Carmen P. Belefonte, Esq. | Series 2010B Bonds | | $978,914.74 |

| | | | | |
|---|---|---|---|---|
| 19031 | 20 West Third Street<br>P.O. Box 1670<br>Media, PA 19063<br><br>Wilmington Trust Company<br>1100 North Market St.<br>Rodney Square North<br>Wilmington, DE 19890 | | | |
| County of Delaware, Pennsylvania<br>201 West Front Street<br>Media, PA 19063 | County of Delaware, Pennsylvania<br>Attn: Executive Director<br>County Government Center<br>201 West Front Street<br>Media, PA 19063<br><br>Delaware County, Pennsylvania<br>Attn: William F. Martin, County Solicitor<br>County of Government Center, 2nd Floor<br>201 West Front Street<br>Media, PA 19063<br>Email: martinw@co.delaware.pa.us | 2021 Promissory Note | | $774,410.64 |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA19106-1611 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA19106-1611<br>Tel:267-941-6211<br>Fax:888-806-5762 | Federal payroll taxes | Disputed | $721,000.00 |
| Chester Water Authority<br>P.O. Box 467<br>Chester, PA 19016 | Chester Water Authority<br>P.O. Box 467<br>Chester, PA 19016 | Hydrant charges | Disputed | $558,144.00 |
| Prospect Medical Holdings, Inc. d/b/a Crozer Health<br>100 West Sproul Road<br>Springfield, PA 19064 | Prospect Medical Holdings, Inc. d/b/a Crozer Health<br>100 West Sproul Road<br>Springfield, PA 19064 | Property tax dispute | Disputed | $340,000.00 |
| Stephen Sheppleman<br>c/o Robert C. Ewing<br>20 South Olive Street, Suite 205<br>P.O. Box 728<br>Media, PA 19063 | Stephen Sheppleman<br>c/o Robert C. Ewing<br>20 South Olive Street, Suite 205<br>P.O. Box 728<br>Media, PA 19063<br>Tel: 601-565-1600 | Judgment vs City of Chester Aggregate Pension Fund | Disputed | $306,911.05 |

| | | | | |
|---|---|---|---|---|
| KS StateBank<br>1010 Westloop, P.O. Box 69<br>Manhattan, KS 66502 | KS StateBank<br>1010 Westloop, P.O. Box 69<br>Manhattan, KS 66502 | Vehicle Leases | Unliquidated | Unknown |
| Lodge No. 19 of the Fraternal Order of Police<br>PO Box 820<br>Chester, PA 19013 | Lodge No. 19 of the Fraternal Order of Police<br>PO Box 820<br>Chester, PA 19013 | Claims related to collective bargaining agreement | Disputed | Undetermined |
| Chester City Fire Fighters Association, Local 1400 International Association of Fire Fighters<br>PO Box 357<br>Chester, PA 19013 | Chester City Fire Fighters Association, Local 1400 International Association of Fire Fighters<br>PO Box 357<br>Chester, PA 19013 | Claims related to collective bargaining agreement | Disputed | Undetermined |
| Teamsters Local 107<br>1 E 15th Street<br>Chester, PA 19013 | Teamsters Local 107<br>1 E 15th Street<br>Chester, PA 19013 | Claims related to collective bargaining agreement | Disputed | Undetermined |

**Fill in this information to identify the case and this filing:**

Debtor Name **City of Chester, Pennsylvania**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/10/2022**    X _/s/ Michael Doweary_
MM / DD / YYYY    Signature of individual signing on behalf of debtor

**Michael Doweary**
Printed name

**Receiver for City of Chester**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors