UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 9 |
| City of Chester, PA | : | |
| Debtor. | : | Petition No. 22-13032 |

### ORDER DESIGNATING BANKRUPTCY JUDGE

  Pursuant to 11 U.S.C. § 921(b), I hereby designate the Honorable Ashely M. Chan, Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of Pennsylvania, to preside over this case. Judge Chan is authorized to perform the duties to the full extent set forth in 28 U.S.C. § 157, as amended, subject to the review procedures set forth in 28 U.S.C. §§ 157(c)(1) and 158 and subject to the limitations to jurisdiction and powers in 11 U.S.C. § 904.

_____
Michael A. Chagares
Chief Judge
Third Circuit Court of Appeals

Dated: November 10, 2022

