# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPOINTING DONLIN, RECANO & COMPANY, INC. AS CLAIMS AND
NOTICING AGENT PURSUANT TO 28 U.S.C. § 156(c), SECTION 105(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2002**

This matter coming before the Court on the *Motion of the Debtor for Entry of an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Section 105(a) of the Bankruptcy Code, and Bankruptcy Rule 2002* (the "Motion"),[1] filed by the City of Chester ("Chester" or the "City"); the Court having reviewed the Motion, the Voorhies Declaration, the Doweary Declaration, and the Kapoor Declaration, and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion, the Voorhies Declaration, the Doweary Declaration, the Kapoor Declaration, and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2

2. Pursuant to Section 156(c) of title 28 of the United States Code, Section 105(a) of the Bankruptcy Code, and Bankruptcy Rule 2002, the Noticing Agent is authorized to provide the Noticing and Claims Services, as set forth in the Motion.

3. Nothing herein or in the Motion is intended to, shall constitute or shall be deemed to constitute the City's consent pursuant to Section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City, or (c) the City's use or enjoyment of income-producing property.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

Dated: _____              _____
                                             United States Bankruptcy Judge