IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER (A) SCHEDULING AN EXPEDITED HEARING ON CERTAIN INITIAL MOTIONS FILED BY THE DEBTOR, (B) LIMITING NOTICE OF HEARING, AND (C) APPROVING FORM AND MANNER OF NOTICE**

This matter coming before the Court on the *Motion of the Debtor for Entry of an Order (A) Scheduling an Expedited Hearing on Certain Initial Motions Filed by Debtor, (B) Limiting Notice of Hearing, and (C) Approving Form and Manner of Notice* (the "Motion"),[1] filed by the City of Chester ("Chester" or the "City"); the Court having reviewed the Motion, the *Declaration of Michael Doweary in Support of the City of Chester, Pennsylvania's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code* (the "Doweary Declaration"), and the *Declaration of Vijay Kapoor in Support of the City of Chester, Pennsylvania's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code* (the "Kapoor Declaration"), and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) the circumstances justify an expedited hearing on the Initial Motions; and the Court having determined that the legal and factual bases set forth in the Motion, the Doweary Declaration, and the Kapoor Declaration establish just cause for the relief granted herein, and no hearing on the Motion is necessary;

IT IS HEREBY ORDERED THAT:

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Court shall conduct a hearing, in person, on the Initial Motions at 2:00 p.m. (ET) on November 15, 2022, in Courtroom #4 at the United States Bankruptcy Court for the Eastern District of Pennsylvania., Robert N.C. Nix Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

3. The form of notice attached as **Exhibit B** to the Motion (the "Notice") is hereby APPROVED.  Under the circumstances, service of the Notice and the Initial Motions on the Initial Notice Parties by e-mail transmission (where e-mail information is known) and by hand delivery or overnight courier upon all Initial Notice Parties is adequate and appropriate notice of the Initial Motions and the Initial Hearing.

4. Nothing herein is intended to, shall constitute or shall be deemed to constitute the City's consent pursuant to Section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City, or (c) the City's use or enjoyment of any income-producing property.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

Dated: November 10, 2022

ASHELY M. CHAN,
United States Bankruptcy Judge