**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

|  |  |  |
|---|---|---|
| **In re:** | ) | Chapter 9 |
|  | ) |  |
| **CITY OF CHESTER, PHILADELPHIA,** | ) | Case No.: 22-13032-amc |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), Buchanan Ingersoll & Rooney PC ("BIR"), hereby enters its appearance on behalf of Thaddeus Kirkland, as Mayor of the City of Chester, and the members of city council of the City of Chester (the "Elected Officials") and respectfully requests that all notices given or required to be given in this case by the Court, the Debtor, and/or any other parties-in-interest in this case be given BIR at the address and person below.  This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, and plans, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated:  November 15, 2022

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com
*Attorney for the Elected Officials*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF CHESTER, PHILADELPHIA,** | ) | Case No.: 22-13032-amc |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 15th day of November, 2022 a copy of the foregoing Notice of Appearance via ECF notification upon all parties-in-interest.


Dated: November 15, 2022

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com

*Attorney for the Elected Officials*