IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : <br> : <br> CITY OF CHESTER, PENNSYLVANIA, : <br> : <br> : <br> Debtor. : <br> : <br> : <br> : | Chapter 9 <br><br> Case No. 22-13032-amc <br><br> Related to Docket No. 10 |

**CERTIFICATE OF SERVICE OF CHESTER WATER AUTHORITY'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER FINDING THAT 11 U.S.C. § 362 DOES NOT OPERATE AS A STAY OF THE RECEIVER'S MODIFICATION OF AMENDED RECOVERY PLAN PENDING BEFORE THE COMMONWEALTH COURT OF PENNSYLVANIA, OR ALTERNATIVELY FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that I served a copy of the *Chester Water Authority's Objection to Debtor's Motion for an Order Finding that 11 U.S.C. § 362 Does Not Operate as a Stay of the Receiver's Modification of Amended Recovery Plan Pending Before the Commonwealth Court of Pennsylvania, or Alternatively for Relief from the Automatic Stay* in the above-captioned proceeding on the parties listed below on November 15, 2022.

In addition, I caused a copy of the above-captioned pleadings to be served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's Case Management/Electronic Case File CM/ECF System.

269226738

The type of service made on the parties is specified below.

**Electronic Mail:**

Tobey M. Daluz
Chantelle D. McClamb
Laurel D. Roglen
Matthew G. Summers
Margaret Ann Vesper
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com
mcclambc@ballardspahr.com
roglenl@ballardspahr.com
summersm@ballardspahr.com
vesperm@ballardspahr.com
*(Counsel for Debtor)*

David Lemke
Blake Daniel Roth
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
david.lemke@wallerlaw.com
blake.roth@wallerlaw.com

*(Counsel to U.S. Bank Trust Company, National Association, as Indenture Trustee)*

George M. Conway
John Henry Schanne
DOJ-Ust
900 Market Street, Robert N Nix Federal Building, Suite 320
Philadelphia, PA 19107
george.m.conway@usdoj.gov
John.Schanne@usdoj.gov

*(Counsel to U.S. Trustee)*

269226738

Nicholas M. Engel
David B. Smith
Smith Kane Holman, LLC
112 Moores Road
Suite 300
Malvern, PA 19355
nengel@skhlaw.com
dsmith@skhlaw.com
*(Counsel to County of Delaware (PA)*

Mark D. Pfeiffer
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
mark.pfeiffer@bipc.com
*(Counsel to Elected Officials)*

Dated: November 15, 2022

CLARK HILL, PLC

*/s/ William C. Price*

William C. Price (Pa. I.D. No. 90871)
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7776
Facsimile: (412) 394-2555
wprice@clarkhill.com

*Counsel for Chester Water Authority*

269226738