**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Judge Ashely M. Chan |
| | : | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK          )
                          )   ss:
COUNTY OF KINGS           )

I, Edward A. Calderon, declare:

1.    I am over the age of 18 years and not a party to this Chapter 9 case.

2.    I am employed by Donlin, Recano & Company, Inc., ("<u>DRC</u>"), 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 10th day of November, 2022, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

   i.    Declaration of Michael Doweary in Support of the City of Chester, Pennsylvania's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code and First Day Pleadings (Docket No. 5);

   ii.   Declaration of Vijay Kapoor in Support of the City of Chester, Pennsylvania's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code and First Day Pleadings (Docket No. 6);

   iii.  Motion of Debtor for Entry of an Order (a) Directing and Approving Form of Notice of Commencement of Case and Manner of Service and Publication of Notice, (b) Establishing a Deadline for Objections to Eligibility, and (c) Granting Related Relief (Docket No. 8);

iv.  Motion of Debtor for Entry of an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 2002 (Docket No. 9);

v.  Motion for an Order Finding That 11 U.S.C. § 362 Does Not Operate as a Stay of the Receiver's Modification of Amended Recovery Plan Pending before the Commonwealth Court of Pennsylvania, or alternatively, for Relief from the Automatic Stay (Docket No. 10);

vi.  Motion of Debtor for the Entry of an Order (a) Scheduling an Expedited Hearing on Certain Initial Motions Filed by Debtor, (b) Limiting Notice of Hearing, and (c) Approving Form and Manner of Notice (Docket No. 15);

vii.  Order (a) Scheduling an Expedited Hearing on Certain Initial Motions Filed by the Debtor, (b) Limiting Notice of Hearing, and (c) Approving Form and Manner of Notice (Docket No. 19); and

viii.  Notice of Expedited Hearing on Initial Motions of Debtor (a copy of which is set forth on Exhibit 1),

to be served via electronic mail upon the parties as set forth in Exhibit 2; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 3; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 4, attached hereto.

4.  On the 10th day of November, 2022, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

i.  Declaration of Michael Doweary in Support of the City of Chester, Pennsylvania's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code and First Day Pleadings (Docket No. 5);

ii.  Declaration of Vijay Kapoor in Support of the City of Chester, Pennsylvania's Statement of Qualifications Pursuant to Section 109(c) of the Bankruptcy Code and First Day Pleadings (Docket No. 6);

iii.  Motion of Debtor for Entry of an Order (a) Directing and Approving Form of Notice of Commencement of Case and Manner of Service and Publication of Notice, (b) Establishing a Deadline for Objections to Eligibility, and (c) Granting Related Relief (Docket No. 8);

iv.  Motion of Debtor for Entry of an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 2002 (Docket No. 9);

    v.    Motion of Debtor for the Entry of an Order (a) Scheduling an Expedited Hearing on Certain Initial Motions Filed by Debtor, (b) Limiting Notice of Hearing, and (c) Approving Form and Manner of Notice (Docket No. 15);

    vi.    Order (a) Scheduling an Expedited Hearing on Certain Initial Motions Filed by the Debtor, (b) Limiting Notice of Hearing, and (c) Approving Form and Manner of Notice (Docket No. 19); and

    vii.    Notice of Expedited Hearing on Initial Motions of Debtor (a copy of which is set forth on <u>Exhibit 1</u>),

to be served via electronic mail upon the parties as set forth in <u>Exhibit 5</u>; via Federal Express Priority Overnight delivery upon the parties as set forth in <u>Exhibit 6</u>; and via USPS Express Mail Overnight upon the parties as set forth in <u>Exhibit 7</u>, attached hereto.

5.    On the 10th day of November, 2022, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

    i.    Motion for an Order Finding That 11 U.S.C. § 362 Does Not Operate as a Stay of the Receiver's Modification of Amended Recovery Plan Pending before the Commonwealth Court of Pennsylvania, or alternatively, for Relief from the Automatic Stay (Docket No. 10);

    ii.    Order (a) Scheduling an Expedited Hearing on Certain Initial Motions Filed by the Debtor, (b) Limiting Notice of Hearing, and (c) Approving Form and Manner of Notice (Docket No. 19); and

    iii.    Notice of Expedited Hearing on Initial Motions of Debtor (a copy of which is set forth on <u>Exhibit 1</u>),

to be served via Federal Express Priority Overnight delivery upon the parties as set forth in <u>Exhibit 8</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 13th day of November, 2022, Brooklyn, New York.

By _Edward A Calderon_
Edward A. Calderon

Sworn before me this
13th day of November, 2022

_Sung Jae Kim_

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: _September 14 2025_

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Judge Ashely M. Chan |
| | : | |

**NOTICE OF EXPEDITED HEARING ON INITIAL MOTIONS OF DEBTOR**

**TO THE PARTIES RECEIVING THIS NOTICE:**

1. On November 10, 2022 (the "Petition Date"), the City of Chester ("Chester" or the "City"), commenced a case (the "Chapter 9 Case") under chapter 9 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"). The Chapter 9 Case is pending before the Honorable Ashely M. Chan, United States Bankruptcy Judge.

2. On November 10, 2022, the City filed a motion [Docket No. 15] (the "Expedited Hearing Motion") seeking an expedited hearing on certain motions filed on the Petition Date (collectively, the "Initial Motions").

3. On November 10, 2022, the Court entered an order [Docket No. 19] approving the relief requested in the Expedited Hearing Motion (the "Expedited Hearing Order"). By the Expedited Hearing Order, the Court scheduled a hearing on the Initial Motions for 2:00 p.m. (ET) on November 15, 2022, in Courtroom #4 at the United States Bankruptcy Court for the Eastern District of Pennsylvania., Robert N.C. Nix Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107 (the "Initial Hearing"). A copy of the Expedited Hearing Order is attached hereto as **Appendix I**.

4. The Initial Motions consist of the following:

a. Motion of Debtor for Entry of an Order (A) Directing and Approving Form of Notice of Commencement of Case and Manner of Service and Publication of Notice, (B) Establishing a Deadline for Objections to Eligibility, and (C) Granting Related Relief [Docket No. 8] (the "Eligibility Scheduling and Notice Motion";

b. Motion of Debtor for Entry of an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 2002 [Docket No. 9] (the "Claims Agent Motion"); and

c. Motion for an Order Finding that 11 U.S.C. § 362 Does Not Operate as a Stay of the Receiver's Modification of Recovery Plan Pending Before the Commonwealth Court of Pennsylvania, or Alternatively, for Relief from the Automatic Stay [Docket No. 10] (the "Stay Clarification Motion").

**IF YOU WISH TO BE HEARD WITH RESPECT TO THE RELIEF REQUESTED BY THE CITY IN ANY OF THE INITIAL MOTIONS, THEN YOU MUST APPEAR AT THE INITIAL HEARING, EITHER IN PERSON OR TELEPHONICALLY PURSUANT TO THE BANKRUPTCY COURT'S PROCEDURES FOR TELEPHONIC PARTICIPATION AT HEARINGS.**

5. Copies of the Initial Motions are being served on you and are available, along with all other documents filed in this case, free of charge at the City's restructuring website at http://www.donlinrecano.com/chesterpa or, on paid subscription basis, through the Bankruptcy Court's PACER system at ecf.paeb.uscourts.gov.

6. If you wish to receive further notices in this Chapter 9 Case, you are encouraged to appear formally and file with the Bankruptcy Court a written request for service of papers pursuant to the Federal Rules of Bankruptcy Procedure.

BY ORDER OF THE COURT

2

**APPENDIX I**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER (A) SCHEDULING AN EXPEDITED HEARING ON CERTAIN INITIAL
MOTIONS FILED BY THE DEBTOR, (B) LIMITING NOTICE OF HEARING, AND
(C) APPROVING FORM AND MANNER OF NOTICE**

This matter coming before the Court on the *Motion of the Debtor for Entry of an Order
(A) Scheduling an Expedited Hearing on Certain Initial Motions Filed by Debtor, (B) Limiting
Notice of Hearing, and (C) Approving Form and Manner of Notice* (the "Motion"),[1] filed by the
City of Chester ("Chester" or the "City"); the Court having reviewed the Motion, the *Declaration
of Michael Doweary in Support of the City of Chester, Pennsylvania's Statement of Qualifications
Pursuant to Section 109(c) of the Bankruptcy Code* (the "Doweary Declaration"), and the
*Declaration of Vijay Kapoor in Support of the City of Chester, Pennsylvania's Statement of
Qualifications Pursuant to Section 109(c) of the Bankruptcy Code* (the "Kapoor Declaration"),and
the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157
and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) the circumstances
justify an expedited hearing on the Initial Motions; and the Court having determined that the legal
and factual bases set forth in the Motion, the Doweary Declaration, and the Kapoor Declaration
establish just cause for the relief granted herein, and no hearing on the Motion is necessary;

IT IS HEREBY ORDERED THAT:

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

1.      The Motion is GRANTED as set forth herein.

2.      The Court shall conduct a hearing, in person, on the Initial Motions at 2:00 p.m. (ET) on November 15, 2022, in Courtroom #4 at the United States Bankruptcy Court for the Eastern District of Pennsylvania., Robert N.C. Nix Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

3.      The form of notice attached as **Exhibit B** to the Motion (the "Notice") is hereby APPROVED.  Under the circumstances, service of the Notice and the Initial Motions on the Initial Notice Parties by e-mail transmission (where e-mail information is known) and by hand delivery or overnight courier upon all Initial Notice Parties is adequate and appropriate notice of the Initial Motions and the Initial Hearing.

4.      Nothing herein is intended to, shall constitute or shall be deemed to constitute the City's consent pursuant to Section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City, or (c) the City's use or enjoyment of any income-producing property.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

Dated:   November 10, 2022

_____
ASHELY M. CHAN,
United States Bankruptcy Judge

2

# EXHIBIT 2

000024P001-1498S-001
DELAWARE COUNTY PENNSYLVANIA
WILLIAM F MARTIN COUNTY SOLICITOR
GOVERNMENT CENTER 2ND FLOOR
201 WEST FRONT ST
MEDIA PA 19063
MARTINW@CO.DELAWARE.PA.US

000027P001-1498S-001
GREENBERG TRAURIG LLP
KEVIN GREENBERG
1717 ARCH ST STE 400
PHILADELPHIA PA 19103
GREENBERGK@GTLAW.COM

000001P003-1498S-001
OFFICE OF THE US TRUSTEE
GEORGE M. CONWAY
ROBERT NC NIX SR FEDERAL BLDG
900 MARKET ST ROOM 320
PHILADELPHIA PA 19107
GEORGE.M.CONWAY@USDOJ.GOV

000031P001-1498S-001
PFS VII LLC
MICHAEL LENZA
54 CAMP ST
MILFORD MA 01757
MLENZA@AOL.COM

000007P001-1498S-001
US EPA, REGION 3
OFFICE OF REGIONAL COUNSEL
FOUR PENN CTR
1600 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19103
R3_BANKRUPTCY_MAILBOX@EPA.GOV

Records Printed :  **5**

# EXHIBIT 3

City of Chester, Pennsylvania
Federal Express
Exhibit Page

| | | | |
|---|---|---|---|
| 000021P001-1498S-001<br>CITY OF CHESTER AGGREGATE PENSION FUND<br>1 FOURTH ST<br>CHESTER PA 19013 | 000022P001-1498S-001<br>CITY OF CHESTER AGGREGATE PENSION FUND<br>PNC FINANCIAL SERVICES GROUP INC<br>AS PENSION PLAN ADMINISTRATOR<br>THE TOWER AT PNC PLAZA<br>300 FIFTH AVE<br>PITTSBURGH PA 15222 | 000023P001-1498S-001<br>COUNTY OF DELAWARE PENNSYLVANIA<br>EXECUTIVE DIRECTOR<br>COUNTY GOVERNMENT CENTER<br>201 WEST FRONT ST<br>MEDIA PA 19063 | 000025P001-1498S-001<br>DELAWARE VALLEY REGIONAL FINANCE AUTHORITY<br>CALHOUN BAKER INC<br>1811 BETHLEHEM PIKE<br>STE C350<br>FLOURTOWN PA 19031 |
| 000011P001-1498S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000028P001-1498S-001<br>INTERNAL REVENUE SVC<br>600 ARCH ST<br>PHILADELPHIA PA 19106-1611 | 000009P001-1498S-001<br>PA DEPT OF LABOR AND INDUSTRY<br>OFFICE OF CHIEF COUNSEL<br>651 BOAS ST<br>10TH FL LABOR & INDUSTRY BLDG<br>HARRISBURG PA 17121-0751 | 000010P001-1498S-001<br>PA DEPT OF LABOR AND INDUSTRY<br>OFFICE OF CHIEF COUNSEL<br>444 NORTH THIRD ST<br>STE 200<br>PHILADELPHIA PA 19123 |
| 000004P001-1498S-001<br>PENNSYLVANIA DEPT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | 000032P001-1498S-001<br>PFS VII LLC<br>ELLIOTT GREENLEAF PC<br>THOMAS B HELBIG<br>925 HARVEST DR STE 300<br>BLUE BELL PA 19422 | 000033P001-1498S-001<br>PFS VII LLC<br>RAFFAELE PUPPIO<br>ERNIE ANGELOS<br>19 WEST THIRD ST<br>MEDIA PA 19063 | 000034P001-1498S-001<br>PROSPECT MEDICAL HOLDINGS INC<br>DBA CROZER HEALTH<br>100 WEST SPROUL RD<br>SPRINGFIELD PA 19064 |
| 000008P001-1498S-001<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 | 000035P001-1498S-001<br>STATE OF PENNSYLVANIA DEPT OF COMMUNITY AND<br>ECONOMIC DEVELOPMENT<br>COMMONWEALTH KEYSTONE BUILDING<br>400 NORTH ST<br>HARRISBURG PA 17120 | 000037P001-1498S-001<br>TEAMSTERS LOCAL 107<br>1 E 15TH ST<br>CHESTER PA 19013 | 000006P001-1498S-001<br>TEXAS WORKFORCE COMMISSION<br>BANKRUPTCY UNIT RM 556<br>101 E 15TH ST<br>AUSTIN TX 78778 |
| 000005P001-1498S-001<br>US ATTORNEY'S OFFICE<br>615 CHESTNUT ST<br>12TH FL<br>PHILADELPHIA PA 19106 | 000038P001-1498S-001<br>US BANK NATIONAL ASSOCIATION<br>AS PAYING AGENT CORPORATE TRUST<br>50 S. 16TH ST<br>STE 2000<br>PHILADELPHIA PA 19102 | 000039P001-1498S-001<br>WILMINGTON TRUST CO<br>1100 NORTH MARKET ST<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 | |

Records Printed : **19**

# EXHIBIT 4

City of Chester, Pennsylvania
USPS Express Mail
**Exhibit Page**

Page # : 1 of 1                                                                                                       11/10/2022 09:23:46 PM

| | | | |
|---|---|---|---|
| 000002P001-1498S-001 | 000019P001-1498S-001 | 000020P001-1498S-001 | 000026P001-1498S-001 |
| ATTORNEY GENERAL OF THE UNITED STATES | CHESTER CITY FIRE FIGHTERS ASSOCIATION | CHESTER WATER AUTHORITY | DELAWARE VALLEY REGIONAL FINANCE AUTHORITY |
| BEN FRANKLIN STATION | LOCAL 1400 INTERNATIONAL ASSOCIATION OF | PO BOX 467 | CARMEN P BELEFONTE ESQ |
| PO BOX 227 | FIRE FIGHTERS | CHESTER PA 19016- | 20 WEST THIRD ST |
| WASHINGTON DC 20044- | PO BOX 357 | | PO BOX 1670 |
| | CHESTER PA 19013- | | MEDIA PA 19063- |
| | | | |
| 000003P001-1498S-001 | 000029P001-1498S-001 | 000030P001-1498S-001 | 000012P001-1498S-001 |
| INTERNAL REVENUE SVC | KS STATEBANK | LODGE NO 19 OF THE FRATERNAL ORDER OF POLICE | MASSACHUSETTS DEPT OF REVENUE |
| CENTRALIZED INSOLVENCY OPERATION | 1010 WESTLOOP | PO BOX 820 | COLLECTIONS BUREAU/BANKRUTPCY UNIT |
| PO BOX 7346 | PO BOX 69 | CHESTER PA 19013- | PO BOX 7090 |
| PHILADELPHIA PA 19101 | MANHATTAN KS 66502- | | BOSTON MA 02204 |

000036P001-1498S-001
STEPHEN SHEPPLEMAN
ROBERT C EWING
20 SOUTH OLIVE ST STE 205
PO BOX 728
MEDIA PA 19063-

Records Printed :  **9**

# EXHIBIT 5

**Exhibit Page**

000289P001-1498A-001A
PRESTON HOLLOW COMMUNITY CAPITAL
CHARLIE VISCONSI
1717 MAIN ST STE 3900
DALLAS TX 75201
CVISCONSI@PHCCAP.COM

Records Printed :  **1**

# EXHIBIT 6

**City of Chester, Pennsylvania**
**Federal Express**
**Exhibit Page**

11/10/2022 09:46:20 PM

000292P001-1498A-001A
US BANK NATIONAL ASSOCIATION
AS SINKING FUND DEPOSITORY AND TRUSTEE
60 LIVINGSTON AVE
ST. PAUL MN 55107

Records Printed :  **1**

**EXHIBIT 7**

**City of Chester, Pennsylvania**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                              11/10/2022 09:46:35 PM

001096P001-1498A-001A
WILLIAM PENN LODGE #19-FOP
PO BOX 820
CHESTER PA 19013-

Records Printed :  **1**

# EXHIBIT 8

**City of Chester, Pennsylvania**
**Federal Express**
**Exhibit Page**

11/10/2022 09:54:18 PM

000423P001-1498A-001B
CITY OF CHESTER
CITY SOLICITOR
1 FOURTH ST
CHESTER PA 19013-4400

Records Printed :  **1**