United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 22-13032-amc

City of Chester, Pennsylvania                                                              Chapter 9

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | City of Chester, Pennsylvania, 1 E 4th Street, Chester City Municipal Building, Chester, PA 19013-4415 |
| aty | + | TIMOTHY J. MCKEON, Mintz, Levin, Cohn, Ferris, Glovsky and, One Financial Center, Boston, MA 02111-2657 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

**Name**  **Email Address**

BLAKE DANIEL ROTH
     on behalf of Creditor U.S. Bank Trust Company  National Association, as Indenture Trustee blake.roth@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com

DAVID B. SMITH
     on behalf of Creditor County of Delaware (PA) dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

GEORGE M. CONWAY
     on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JOHN HENRY SCHANNE
     on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MARGARET ANN VESPER
     on behalf of Debtor City of Chester  Pennsylvania vesperm@ballardspahr.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 2 |

MARK D. PFEIFFER
    on behalf of Creditor Elected Officials mark.pfeiffer@bipc.com
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

MATTHEW A. HAMERMESH
    on behalf of Plaintiff City of Chester mhamermesh@hangley.com
    ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

NICHOLAS M. ENGEL
    on behalf of Creditor County of Delaware (PA) nengel@skhlaw.com

TOBEY M. DALUZ
    on behalf of Debtor City of Chester  Pennsylvania daluzt@ballardspahr.com, ambroses@ballardspahr.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Judge Ashley M. Chen |
| | : | |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF TIMOTHY J. MCKEON

Upon consideration of the Motion for Admission to Practice, *Pro Hac Vice*, of Timothy J. McKeon,

It is hereby ordered that the Motion is GRANTED and Timothy J. McKeon is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Date: _____    _____

**Date: November 15, 2022**    United States Bankruptcy Judge

131466644v.1