United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 22-13032-amc

City of Chester, Pennsylvania                                            Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | IAN A. HAMMEL, Mintz, Levin, Cohn, Ferris, Glovsky and, Boston, MA 02111 |
| cr | + | Chester City Fire Fighters Association, Int'l Assn, c/o Jennings Sigmond, P.C., 1835 Market St, Suite 2800, Philadelphia, PA 19103-2923 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE DANIEL ROTH | on behalf of Creditor U.S. Bank Trust Company  National Association, as Indenture Trustee blake.roth@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com |
| DAVID B. SMITH | on behalf of Creditor County of Delaware (PA) dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DAWN M. COSTA | on behalf of Creditor Chester City Fire Fighters Association  Int'l Assn of Fire Fighters, Local Union No 1400 dcosta@jslex.com, usbc-edpa-erisa@jslex.com |
| DAWN M. COSTA | on behalf of Creditor William Penn Lodge No. 19 of the Fraternal Order of Police dcosta@jslex.com  usbc-edpa-erisa@jslex.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |

District/off: 0313-2                                      User: admin                                      Page 2 of 2
Date Rcvd: Nov 15, 2022                                   Form ID: pdf900                                   Total Noticed: 2

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MARGARET ANN VESPER
on behalf of Debtor City of Chester  Pennsylvania vesperm@ballardspahr.com

MARK D. PFEIFFER
on behalf of Creditor Elected Officials mark.pfeiffer@bipc.com
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

MATTHEW A. HAMERMESH
on behalf of Plaintiff City of Chester mhamermesh@hangley.com
ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

NICHOLAS M. ENGEL
on behalf of Creditor County of Delaware (PA) nengel@skhlaw.com

TOBEY M. DALUZ
on behalf of Debtor City of Chester  Pennsylvania daluzt@ballardspahr.com, ambroses@ballardspahr.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. PRICE
on behalf of Creditor Chester Water Authority wprice@clarkhill.com  aporter@clarkhill.com


TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | :   Chapter 9 |
| | : |
| CITY OF CHESTER, PENNSYLVANIA, | :   Case No. 22-13032 |
| | : |
| Debtor. | :   Judge Ashley M. Chen |
| | : |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,
*PRO HAC VICE*, OF IAN A. HAMMEL**

Upon consideration of the Motion for Admission to Practice, *Pro Hac Vice*, of Ian A.

Hammel,

It is hereby ordered that the Motion is GRANTED and Ian A. Hammel is hereby admitted

*pro hac vice* in the above-captioned bankruptcy case.

Date: _____    _____

**Date: November 15, 2022**          United States Bankruptcy Judge

131466640v.1