United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 22-13032-amc

City of Chester, Pennsylvania    Chapter 9

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + City of Chester, Pennsylvania, 1 E 4th Street, Chester City Municipal Building, Chester, PA 19013-4415 |
| aty | + DAVID E. LEMKE, Waller Lansden Dortch & Davis, 511 Union Street, Ste 2700, Nashville, TN 37219-1791 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

**Name**    **Email Address**

BLAKE DANIEL ROTH
    on behalf of Creditor U.S. Bank Trust Company National Association, as Indenture Trustee blake.roth@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com

DAVID B. SMITH
    on behalf of Creditor County of Delaware (PA) dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAWN M. COSTA
    on behalf of Creditor Chester City Fire Fighters Association Int'l Assn of Fire Fighters, Local Union No 1400 dcosta@jslex.com, usbc-edpa-erisa@jslex.com

DAWN M. COSTA
    on behalf of Creditor William Penn Lodge No. 19 of the Fraternal Order of Police dcosta@jslex.com usbc-edpa-erisa@jslex.com

GEORGE M. CONWAY
    on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 2 |

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MARGARET ANN VESPER
    on behalf of Debtor City of Chester  Pennsylvania vesperm@ballardspahr.com

MARK D. PFEIFFER
    on behalf of Creditor Elected Officials mark.pfeiffer@bipc.com
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

MATTHEW A. HAMERMESH
    on behalf of Plaintiff City of Chester mhamermesh@hangley.com
    ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

NICHOLAS M. ENGEL
    on behalf of Creditor County of Delaware (PA) nengel@skhlaw.com

TOBEY M. DALUZ
    on behalf of Debtor City of Chester  Pennsylvania daluzt@ballardspahr.com, ambroses@ballardspahr.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. PRICE
    on behalf of Creditor Chester Water Authority wprice@clarkhill.com  aporter@clarkhill.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | Case No. 22-13032-amc |
| Debtor. | |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE* OF DAVID E. LEMKE**

Upon consideration of the Motion For Admission *Pro Hac Vice* of David E. Lemke,

**IT IS HEREBY ORDERED** that the motion is GRANTED and David E. Lemke is hereby admitted to appear *pro hac vice* before the Court and to participate in the above captioned bankruptcy case, and any related adversary, as counsel for U.S. Bank Trust Company, National Association, as successor in interest to U.S. Bank National Association, as Indenture Trustee under that certain Trust Indenture, dated as of August 1, 2017, by and between the City of Chester, Pennsylvania and U.S. Bank National Association, as Trustee (the "Trustee").

Dated:_____   _____
**Date: November 15, 2022**                ASHELY M. CHAN
                                            United States Bankruptcy Judge

4867-3802-4766.1