**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA | : | Case No. 22-13032-amc |
| | : | |
| Debtor. | : | Judge Ashely M. Chan |
| | : | |

### AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before December 7, 2022, you or your attorney must file a response to the Motion. (see Instructions on next page).

3. A hearing on the Motion is scheduled to be held on December 15, 2022, at 10:00 a.m. in Courtroom 4, United States Bankruptcy Court:

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Joel L. Frank, Esquire
> Lamb McErlane PC
> 24 East Market Street
> P.O. Box 565
> West Chester, PA 19381
> Phone: (610) 430-8000
> Fax: (610) 692-6210

Date:  November 23, 2022              **LAMB MCERLANE, PC**


By: */s/ Joel L. Frank*
    Joel L. Frank, Esquire

## PROOF OF SERVICE

The undersigned hereby certifies that I caused a copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.

Date:   November 23, 2022

Respectfully submitted,
Lamb McErlane PC
*/s/ Joel L. Frank*
Joel L. Frank, Esquire
Attorney ID #46601
24 E. Market Street
West Chester, PA 19381
Telephone: 610-430-8000
jfrank@lambmcerlane.com
*Attorney for Aqua Pennsylvania, Inc.*