IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**CITY OF CHESTER, PENNSYLVANIA**<br><br>Debtors. | **Chapter 9**<br><br>**Bankruptcy No. 22-13032-amc** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CARL N. WEDOFF**
**PURSUANT TO LOCAL RULE OF BANKRUPTCY PROCEDURE 2090-1(c)**

William J. Burnett (the "Movant"), a member in good standing of the bar of the United States Bankruptcy Court for the Eastern District of Pennsylvania and a partner with the law firm of Flaster/Greenberg P.C., hereby moves this Court to enter an order permitting Carl N. Wedoff to practice *pro hac vice* before the United States Court for the Eastern District of Pennsylvania in the above-captioned Chapter 9 bankruptcy case. In support of this motion, the Movant respectfully represents as follows:

1. Mr. Wedoff is an attorney with the law firm of Jenner & Block LLP and maintains an office at 1155 Avenue of the Americas, New York, NY 10036-2711.

2. As set forth in the verified statement attached hereto as **Exhibit A**, Mr. Wedoff is a member in good standing of the Bar of the of New York.

3. He is not subject to any disciplinary action, nor has he ever been disciplined for unethical or improper conduct by any court before which he has been admitted to practice.

4. Mr. Wedoff and the law firm of Jenner & Block LLP, and Mr. Burnett and the law firm of Flaster/Greenberg P.C., have been retained by the Ad Hoc Committee of Retired Municipal Employees of the City of Chester, Pennsylvania to represent it in this Chapter 9 Case.

5.  WHEREFORE, Movant respectfully requests that the Court enter an order, in the form filed herewith, permitting Carl N. Wedoff to appear *pro hac vice* in association with the Movant in this Chapter 9 Case.

> **Respectfully Submitted,**
>
> **FLASTER/GREENBERG P.C.**
>
> By: */s/ William J. Burnett*
> William J. Burnett (ID No. 75095)
> 1717 Arch Street, Suite 3300
> Philadelphia, PA 19103
> Telephone: (215) 279-9383
> Facsimile: (215) 279-9394

Dated: December 14, 2022