**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Judge Ashely M. Chan |
| | : | |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS
SCHEDULED FOR HEARING ON DECEMBER 15, 2022 AT 10:00 A.M.**

> **THE HEARING WILL BE CONDUCTED IN PERSON AND VIA ZOOM.**
>
> **PARTIES WHO WISH TO APPEAR VIA ZOOM MAY E-MAIL THE COURTROOM DEPUTY TO OBTAIN A ZOOM LINK FOR A LIMITED NUMBER OF PARTICIPANTS.**
>
> **EVIDENTIARY HEARINGS WILL BE CONDUCTED IN PERSON AND WITNESSES MUST APPEAR FOR EXAMINATION IN THE COURTROOM UNLESS THE COURT APPROVES OTHERWISE.**

**CONTINUED MATTER:**

1. Motion of Debtor to Reject the Parking Agreement Between the City and PFS VII LLC Effective as of the Petition Date [Docket No. 18; Filed November 10, 2022].

    Response Deadline: November 30, 2022

    Responses Received:

    A. Limited Objection and Reservation of Rights of the Elected Officials to the Motion of Debtor to Reject the Parking Agreement Between the City and PFS VII LLC Effective as of the Petition Date [Docket No. 96; Filed November 30, 2022].

    B. PFS VII LLC's Response to the City's Motion to Reject the Parking Management Agreement [Docket No. 98; Filed November 30, 2022].

    Status: This matter has been continued to a hearing on a date to be determined.

---

[1] Amended items appear in **BOLD**.

**MATTERS GOING FORWARD:**

2. Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 16; Filed November 10, 2022].

    <u>Response Deadline</u>:  November 30, 2022

    <u>Responses Received</u>:

    A. County of Chester, Pennsylvania's Response to Debtor's Motion for an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 93; Filed November 30, 2022].

    B. Chester Water Authority's Response to Debtor's Motion for an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 94; Filed November 30, 2022].

    C. Partial Joinder and Limited Objection of the Elected Officials to the Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 95; Filed November 30, 2022].

    D. Answer of Aqua Pennsylvania, Inc. to the City of Chester's Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 97; Filed November 30, 2022].

    E. Limited Objection to City of Chester Motion Concerning Mediation filed by PHCC LLC d/b/a Preston Hollow Community Capital and U.S. Bank Trust Company, National Association, as Indenture Trustee [Docket No. 99; Filed November 30, 2022].

    F. **City of Chester's Reply to U.S. Bank and PHCC LLC's Limited Objection to City of Chester's Motion Concerning Mediation [Docket No. 117, Filed December 13, 2022].**

    G. **Supplement to Answer of Aqua Pennsylvania, Inc. to the City of Chester's Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation and (III) Granting Related Relief [Docket No. 119, Filed December 13, 2022].**

        H.      **Statement of the Ad Hoc Committee of Retired Municipal Employees of Chester, Pennsylvania in Response to the City of Chester's Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 122, Filed December 14, 2022]**

        I.      **Response of Pennsylvania-American Water Company Requesting Designation as a Mediation Party Regarding the Motion of the City of Chester for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 125, Filed December 14, 2022]**

<u>Status</u>:  This matter is going forward.

3.    Motion for Relief from the Automatic Stay of Aqua Pennsylvania, Inc. [Docket No. 65; Filed November 18, 2022].

<u>Response Deadline</u>: December 7, 2022

<u>Responses Received</u>:

        A.      Chester Water Authority's Response and Objection to Motion for Relief from the Automatic Stay of Aqua Pennsylvania, Inc. [Docket No. 104; Filed December 7, 2022].

        B.      County of Chester, Pennsylvania's Response to Motion for Relief from Automatic Stay of Aqua Pennsylvania, Inc. [Docket No. 105; Filed December 7, 2022].

        C.      Objection of the City of Chester to Motion for Relief from the Automatic Stay Filed by Aqua Pennsylvania, Inc. [Docket No. 106; Filed December 7, 2022].

        D.      Chester Water Authority's Response to Debtor's Response to Motion for Relief From Stay of Aqua Pennsylvania, Inc. [Docket No. 115; Filed December 12, 2022].

<u>Status</u>: This matter is going forward.

Case 22-13032-amc    Doc 132    Filed 12/14/22    Entered 12/14/22 17:00:07    Desc Main
Document      Page 4 of 4

December 14, 2022.

/s/ Margaret A. Vesper
Tobey M. Daluz (PA Bar No. 60685)
Margaret A. Vesper (PA Bar No. 329793)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8148
Email: daluzt@ballardspahr.com
         vesperm@ballardspahr.com

and

Matthew G. Summers*
Laurel D. Roglen*
Chantelle D. McClamb*
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Email: summersm@ballardspahr.com
         roglenl@ballardspahr.com
         mcclambc@ballardspahr.com

(*Admitted *pro hac vice*)

*Attorneys for the City of Chester*

4