## **Exhibit A**

*In re City of Stockton*, Case No. 2012-32118 (Bankr. E.D. Cal. August 31, 2012)

Case 12-32118    Filed 08/31/12    Doc 556

2012-32118
FILED
August 31, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004417260

6

MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
JOHN W. KILLEEN (STATE BAR NO. 258395)
jkilleen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No. 2012-32118<br><br>D.C. No. OHS-1<br><br>Chapter 9<br><br>**SCHEDULING ORDER**<br><br>Date: August 23, 2012<br>Time: 10:00 a.m.<br>Place: United States Courthouse<br>Dept. C, Courtroom 35 |

RECEIVED
August 30, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004417260

SCHEDULING ORDER

1   Having considered the chapter 9 petition filed by the City of Stockton, California (the
2   "City"), the City's Memorandum of Fact and Law in Support of Statement of Qualifications, Dkt.
3   No. 19, the preliminary objections to the City's petition (filed by, among others, the undersigned
4   "Objectors"), the City's proposed schedule for pre-trial discovery and briefing, and the statements
5   of counsel at the August 23, 2012 status conference, and the Court having found that the proposed
6   deadlines for discovery and briefing are reasonable, appropriate and in the best interests of the
7   City, the creditors and parties in interest in this case,

8   IT IS HEREBY ORDERED THAT:

9   1.   The City shall produce documents responsive to the Objectors' pending informal
10  and formal discovery requests on a rolling basis so as to conclude such production by no later
11  than September 30, 2012; provided, however, that the City will serve written responses and
12  objections to the Objectors' discovery requests on or before September 7, 2012.

13  2.   The Objectors may continue to conduct discovery relating to the City's eligibility
14  for chapter 9 relief through and including October 26, 2012 (assuming that the City begins
15  producing documents as promptly as practicable on a rolling basis and confirms in writing to the
16  Objectors the completion thereof on or before September 30, 2012).

17  3.   The Objectors' supplementary substantive objections to the City's eligibility for
18  chapter 9 relief, including briefing, declarations and expert reports, if any, shall be filed on or
19  before November 9, 2012.

20  4.   The City may conduct discovery relating to any substantive objections to the
21  City's eligibility for chapter 9 relief through and including December 7, 2012; provided, however,
22  that the City shall not conduct any depositions prior to October 27, 2012.

23  5.   The City's reply to any substantive objections to its eligibility for chapter 9 relief,
24  including responsive briefing, declarations and expert reports, if any, shall be filed on or before
25  December 21, 2012.

26  6.   The Objectors may conduct discovery relating to the responsive briefing,
27  declarations and expert reports, if any, filed by the City pursuant to Paragraph 5 hereof, through
28  and including January 7, 2013.

- 2 -

SCHEDULING ORDER

7. The Court will hold a status conference at 1:30 p.m. on January 8, 2013.

Dated: August 31, 2012

*[signature]*
United States Bankruptcy Judge

Prepared by:                                ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: August 30, 2012          By *[signature]*
                                            Norman C. Hile
                                            Attorneys for City of Stockton, Debtor

Approved as to Form and Content:    SIDLEY AUSTIN LLP

Dated: August 30, 2012          By *[signature]*
                                            Guy S. Neal
                                            Attorneys for Assured Guaranty Corp. and
                                            Assured Guaranty Municipal Corp.

Approved as to Form and Content:    WINSTON & STRAWN LLP

Dated: August 30, 2012          By   see attached signature
                                            Lawrence A. Larose
                                            Attorneys for National Public Finance
                                            Guarantee Corporation

Approved as to Form and Content:    JONES DAY

Dated: August 30, 2012          By   see attached signature
                                            James O. Johnston
                                            Attorneys for Franklin Advisors, Inc.

Approved as to Form and Content:    MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                            POPEO P.C.

Dated: August 30, 2012          By   see attached signature
                                            Michael Gardener
                                            Attorneys for Wells Fargo Bank,
                                            National Association

1      7.    The Court will hold a status conference at 1:30 p.m. on January 8, 2013.

Prepared by:                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: August 30, 2012                   By _____
                                                            Norman C. Hile
                                        Attorneys for City of Stockton, Debtor

Approved as to Form and Content:      SIDLEY AUSTIN LLP

Dated: August 30, 2012                   By _____
                                                            Guy S. Neal
                                        Attorneys for Assured Guaranty Corp. and
                                        Assured Guaranty Municipal Corp.

Approved as to Form and Content:      WINSTON & STRAWN LLP

Dated: August 30, 2012                   By _____
                                                            Lawrence A. Larose
                                        Attorneys for National Public Finance
                                        Guarantee Corporation

Approved as to Form and Content:      JONES DAY

Dated: August 30, 2012                   By _____
                                                            James O. Johnston
                                        Attorneys for Franklin Advisors, Inc.

Approved as to Form and Content:      MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                        POPEO P.C.

Dated: August 30, 2012                   By _____
                                                            Michael Gardener
                                        Attorneys for Wells Fargo Bank,
                                        National Association

|   |   |   |
|---|---|---|
| 1 | 7. | The Court will hold a status conference at 1:30 p.m. on January 8, 2013. |

Prepared by:  ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: August 30, 2012    By _____
Norman C. Hile
Attorneys for City of Stockton, Debtor

Approved as to Form and Content:  SIDLEY AUSTIN LLP

Dated: August 30, 2012    By _____
Guy S. Neal
Attorneys for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.

Approved as to Form and Content:  WINSTON & STRAWN LLP

Dated: August 30, 2012    By _____
Lawrence A. Larose
Attorneys for National Public Finance
Guarantee Corporation

Approved as to Form and Content:  JONES DAY

Dated: August 30, 2012    By _____
James O. Johnston
Attorneys for Franklin Advisors, Inc.

Approved as to Form and Content:  MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO P.C.

Dated: August 30, 2012    By _____/s/_____
Michael Gardener
Attorneys for Wells Fargo Bank,
National Association

- 3 -    SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Prepared by: | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | Dated: _____, 2012 | By _____<br>Norman C. Hile<br>Attorneys for City of Stockton, Debtor |
| 4 | | |
| 5 | Approved as to Form and Content: | SIDLEY AUSTIN LLP |
| 6 | Dated: _____, 2012 | By _____<br>Guy S. Neal<br>Attorneys for Assured Guaranty Corp. and<br>Assured Guaranty Municipal Corp. |
| 7 | | |
| 8 | | |
| 9 | Approved as to Form and Content: | WINSTON & STRAWN LLP |
| 10 | | |
| 11 | Dated: 8/27, 2012 | By _____<br>Lawrence A. Larose<br>Attorneys for National Public Finance<br>Guarantee Corporation |
| 12 | | |
| 13 | Approved as to Form and Content: | JONES DAY |
| 14 | | |
| 15 | Dated: _____, 2012 | By _____<br>James O. Johnston<br>Attorneys for Franklin Advisors, Inc. |
| 16 | | |
| 17 | Approved as to Form and Content: | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 18 | | |
| 19 | Dated: _____, 2012 | By _____<br>Michael Gardener<br>Attorneys for Wells Fargo Bank,<br>National Association |
| 20 | | |
| 21 | | |

- 3 -                                    SCHEDULING ORDER