# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Related to Docket No. 7 |
| | : | |
| | | Judge Ashely M. Chan |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of December 2022, I effected service of the *Objection To The Eligibility Of The City Of Chester, Pennsylvania To Be A Debtor Under Chapter 9 Of The Bankruptcy Code* upon counsel for all parties and registered interest parties via the Court's electronic filing system.

In addition I caused a copy of the Response to be served via electronic mail and/or overnight mail on the parties identified on the service list attached hereto as Exhibit "A".

Dated: December 19, 2022

        HOGAN LOVELLS US LLP

        */s/ Kevin J. Carey*
        Kevin J. Carey
        1735 Market Street
        Floor 23
        Philadelphia, Pennsylvania 19103
        Telephone:  267-675-4600
        Facsimile:   267-675-4601
        Email: kevin.carey@hoganlovells.com

Exhibit A

City of Chester
Commonwealth Keystone Building,
400 North Street, 4th Floor,
Harrisburg, Pennsylvania 17120 (Attn:
Michael T. Doweary, Receiver and Vijay
Kapoor, Chief of Staff)

Tobey M. Daluz
Chantelle D. McClamb
Laurel D. Roglen
Matthew G. Summers
Margaret Ann Vesper
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801

Ballard Spahr LLP
1735 Market Street, 51st Floor,
Philadelphia, Pennsylvania, 19103
daluzt@ballardspahr.com
mcclambc@ballardspahr.com
roglenl@ballardspahr.com
summersm@ballardspahr.com
vesperm@ballardspahr.com
(Counsel for Debtor)

David Lemke
Blake Daniel Roth
Ryan Kent Cochran
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
david.lemke@wallerlaw.com
blake.roth@wallerlaw.com
ryan.cochran@wallerlaw.com
(Counsel to U.S. Bank Trust Company,
National Association, as Indenture Trustee)

George M. Conway
John Henry Schanne
Office of the United States Trustee
900 Market Street
Robert N Nix Federal Building Suite 320
Philadelphia, PA 19107
george.m.conway@usdoj.gov
John.Schanne@usdoj.gov
(Counsel to U.S. Trustee)

Nicholas M. Engel
David B. Smith
Smith Kane Holman, LLC
112 Moors Road, Suite 300
Malvern, PA 19355
nengel@skhlaw.com
dsmith@skhlaw.com
(Counsel to County of Delaware (PA)

Mark D. Pfeiffer
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
mark.pfeiffer@bipc.com
(Counsel to Elected Officials)

Dawn M. Costa
Jennings Sigmond, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
dcosta@jslex.com
(Counsel to William Penn Lodge No. 19 of
the Fraternal Order of Police and Chester
City Fire Fighters Association, Int'l Assn of
Fire Fighters, Local Union No 1400)

Rudolph J. DiMassa Jr.
Lawrence J. Kotler Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
dimassa@duanemorris.com
LJKotler@duanemorris.com

(Counsel to Delaware Valley Regional Finance Authority)

Thomas B Helbig
Elliott Greenleaf, P.C.
925 Harvest Drive Suite 300
Blue Bell, PA 19422
tbh@elliottgreenleaf.com
(Counsel to PFS VII, LLC)


Frank R. Emmerich Jr.
Eckert Seamans Cherin & Mellott LLC
Two Liberty Place
50 South 16th Street Ste 22nd Floor
Philadelphia, PA 19102
femmerich@eckertseamans.com
(Counsel to County of Chester)

Joel L Frank
Guy A. Donatelli
Lamb McErlane PC
24 E Market Street
PO Box 565
West Chester, PA 19381
jfrank@lambmcerlane.com
gdonatelli@lambmcerlane.com
(Counsel to Aqua Pennsylvania, Inc.)

Edward L. Paul
Law Office of Edward L. Paul, P.C.
1103 Laurel Oak Road Suite 105C
Voorhees, NJ 08043
elp@edwardlpaulpc.com
(Counsel to Signal Service)

Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin&Schiller
One Logan Square 27th Floor
Philadelphia, PA 19103-6933
mhamermesh@hangley.com
(Counsel to City of Chester, Pennsylvania)

John Gerald Coleman
Eckert Seamans Cherin & Mellott LLC
Two Libery Place
50 S. 16th St., 22nd Floor
Philadelphia, PA 19102
jcoleman@eckertseamans.com
(Counsel to County of Chester)

Vera N. Kanova
Assistant Counsel
Department of Environmental Protection
Office of Chief Counsel
400 Market Street
Harrisburg, PA 17101-2063
verkanova@pa.gov

Louis M. Kodumal, Esquire
Law Offices of Mancini & Kodumal, PLLC
414 East altimore Pike
Media, PA 19063
lkodumal@vmancinilaw.com
(Counsel to Defendant, Covanta Delaware Valley, L.P.)