**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | Case No. 22-13032 |
| Debtor. | Judge Ashely M. Chan |

**ORDER SCHEDULING EXPEDITED HEARING ON THE MOTION
OF THE AD HOC COMMITTEE OF RETIRED MUNICIPAL
EMPLOYEES OF CHESTER, PENNSYLVANIA FOR
ENTRY OF AN ORDER DIRECTING APPOINTMENT
OF AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**

This matter having come before the Court on the *Motion for (I) Entry of an Order Directing Appointment of an Official Committee of Retired Employees Under section 1102(a)(2) of the Bankruptcy Code, and (II) an Expedited Hearing* [Dkt. 153_] (the "**Motion**") filed by the Ad Hoc Retiree Committee,[1] and finding that: (a) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding under 28 U.S.C. § 157(b), and (c) the circumstances justify an expedited hearing on the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Court shall conduct a hearing, in person and via Zoom, on the Motion at 2:00 p.m. (ET) on January 3, 2023, in Courtroom #4 at the United States Bankruptcy Court for the Eastern District of Pennsylvania., Robert N.C. Nix Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings provided in the Motion.

3.      Any objections to the Motion may be presented at or before the hearing.

4.      Within one business day of the entry of this Order, counsel for the Ad Hoc Retiree

Committee shall give notice by serving a copy of this Order on (i) the United States Trustee; (ii)

counsel to the City; and (iii) all parties which have requested notice pursuant to Bankruptcy Rule

2002 by email or overnight mail and within one business day of the date of this Order.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, enforcement, or interpretation of this Order.

BY THE COURT:

Dated:    December 27, 2022
_____
Honorable Ashely M. Chan
United States Bankruptcy Judge