**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Chapter 9 |
| | : | |
| | : | Case No. 22-13032-amc |
| | : | |
| Debtor. | : | Hearing Date & Time: |
| | : | |
| | : | March 6, 2023 at 10:00 a.m. |

**NOTICE OF MOTION, RESPONSE DEADLINES, AND HEARING DATE**

On February 8, 2023, the Chester Water Authority ("CWA"), filed *Motion by the Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials* [Docket No. 216] ("the Motion"). The Motion seeks entry of an order pursuant to Fed. R. Bank. P. 2004 directing that the Debtor, the City's Elected Officials and their counsel, as well as all other persons or entities with information and documents, disclose how counsel for the City's Elected Officials are being compensated, by whom, and on what basis in this proceeding and the "Receivership Proceeding" (*Weaver v. City of Chester*, No. 336 MD 2020 (Pa. Comm. Ct.)).

**1.** **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

**2.** **If you do not want the court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motions, then on or before **February 22, 2023 you or your attorney must file a response to the Motion.** (*See Instructions on next page*).

**3.** A hearing on the Motions is scheduled to be held before the Honorable Ashely M. Chan on **March 6, 2023 at 10:00 a.m. (prevailing Eastern Time) in the United States**

**Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, Pennsylvania, 19107**. The hearing will be conducted in person and via Zoom. Parties who wish to appear via Zoom should e-mail the [Courtroom Deputy](#) for access information. Unless the court orders otherwise, the hearing on this Motion will be an **evidentiary hearing**.

  **4.**  **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

  **5.**  You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

  **6.**  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the CWA's attorneys whose names and addresses are listed on the next page of this Notice.

**Filing Instructions:**

**7.** **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

**8.** **If you are not required to file electronically**, you must file your response at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Clerk's Office
900 Market Street, Suite 400
Philadelphia, PA 19106

**9.** **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 of this Notice.

**10.** **On the same day that you file or mail your response to the Motion, you must mail or deliver a copy of the Response to the CWA's attorneys**:

William C. Price (Pa. I.D. No. 90871)
CLARK HILL, PLC
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7776
Facsimile: (412) 394-2555
wprice@clarkhill.com

Kevin Dooley Kent (Pa. I.D. No. 85962)
CLARK HILL, PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8531
Facsimile: (215) 640-8501
kkent@clarkhill.com

    Megan A. Guernsey (Pa. I.D. No. 202065)
CLARK HILL, PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8522
Facsimile: (215) 640-8501
mguernsey@clarkhill.com

    Ronald A. King (MI Bar No. P45088)
CLARK HILL, PLC
215 South Washington Square, Suite 200
Lansing, MI 48933
Telephone: (517) 318-3015
Facsimile: (517) 318-3099
rking@clarkhill.com
(Pro Hac Vice)

    Jennifer K. Green (MI Bar No. P69019)
CLARK HILL, PLC
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
Telephone: (248) 988-2315
Facsimile: (248) 642-2174
jgreen@clarkhill.com
(Pro Hac Vice)

And, the Office of the United States Trustee:

    John Schanne, Esq.
George Conway, Esq.
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, Pennsylvania 19107

Dated: February 8, 2023

CLARK HILL, PLC

*/s/ William C. Price*

William C. Price (Pa. I.D. No. 90871)
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7776
Facsimile: (412) 394-2555
wprice@clarkhill.com

Kevin Dooley Kent (Pa. I.D. No. 85962)
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8531
Facsimile: (215) 640-8501
kkent@clarkhill.com

Megan A. Guernsey (Pa. I.D. No. 202065)
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8522
Facsimile: (215) 640-8501
mguernsey@clarkhill.com

Ronald A. King (MI Bar No. P45088)
215 South Washington Square, Suite 200
Lansing, MI 48933
Telephone: (517) 318-3015
Facsimile: (517) 318-3099
rking@clarkhill.com
(*Pro Hac Vice*)

Jennifer K. Green (MI Bar No. P69019)
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
Telephone: (248) 988-2315
Facsimile: (248) 642-2174
jgreen@clarkhill.com
(*Pro Hac Vice*)

*Counsel for Chester Water Authority*