UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | |
| | : | Case No. 22-13032-AMC |
| Debtor | : | |
| | : | |
| | : | |
| | : | |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE* OF RICHARD M. SELTZER**

Upon consideration of the Motion For Admission *Pro Hac Vice* of Richard M. Seltzer,

**IT IS HEREBY ORDERED** that the motion is GRANTED and Richard M. Seltzer is hereby admitted to appear *pro hac vice* before the Court to participate in the above-captioned bankruptcy case, and any related adversary proceedings, as counsel to Chester City Fire Fighters, International Association of Fire Fighters, Local No. 1400.

Dated: February 8, 2023

ASHELY M. CHAN
United States Bankruptcy Judge