# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| **In re:** ) | Chapter 9 |
| ) | |
| **CITY OF CHESTER, PHILADELPHIA,** ) | Case No.: 22-13032-amc |
| ) | |
| **Debtor.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served on the 22nd of February, 2023 a copy of The Elected Officials' Objection to the Motion by the Chester Water Authority ("CWA") Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials, upon all parties-in-interest via ECF notification and upon the parties on the attached service list via electronic mail.

Dated: February 22, 2023

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com

*Attorney for the Elected Officials*

**Service List**

CWA's attorneys:

William C. Price
CLARK HILL, PLC
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
wprice@clarkhill.com

Kevin Dooley Kent
CLARK HILL, PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
kkent@clarkhill.com

Megan A. Guernsey
CLARK HILL, PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
mguernsey@clarkhill.com

Ronald A. King
CLARK HILL, PLC
215 South Washington Square, Suite 200
Lansing, MI 48933
rking@clarkhill.com
(Pro Hac Vice)

Jennifer K. Green
CLARK HILL, PLC
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
jgreen@clarkhill.com
(Pro Hac Vice)

Office of the United States Trustee:

Office of the United States Trustee
Attn:  John Schanne, Esq.
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, Pennsylvania 19107
John.Schanne@usdoj.gov