## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| Debtor. | : | Judge Ashely M. Chan |

## **CERTIFICATE OF SERVICE**

I, Tobey M. Daluz, Esquire, hereby certify that on this 22nd day of February 2023, I caused a true and correct copy of the *City of Chester's Response to the Motion by Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials* to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

February 22, 2023                     */s/ Tobey M. Daluz*
                                              Tobey M. Daluz (PA Bar No. 60685)
                                              Ballard Spahr LLP
                                              1735 Market Street, 51st Floor
                                              Philadelphia, PA 19103
                                              Tel: (215) 864-8148
                                              Email: daluzt@ballardspahr.com