IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | Case No. 22-13032 |
| Debtor. | Judge Ashely Chan |

**AFFIDAVIT OF CHRISTOPHER P. LUNING, ESQUIRE**

I, Christopher P. Luning, Esquire, being duly sworn according to law, hereby depose and say to the best of my knowledge, information and belief the following:

1. My name Christopher P. Luning. I am a licensed attorney and I am General Counsel of Essential Utilities, Inc. and its subsidiary Aqua Pennsylvania, Inc. (collectively "Aqua")

2. I read the Motion of Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials.

3. I read and authorized the filing of the Response of Aqua Pennsylvania, Inc. to the Motion of Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials

4. I read the e-mail of Tuesday, February 28, 2023 (10:51 AM) of Joan Ranieri to counsel in this matter containing the direction of the Honorable Ashly Chan that Aqua is directed to file an affidavit in two (2) weeks stating whether it has paid, or agreed to pay, any fees of the Elected Officials and directing the Elected Officials to file an affidavit in two (2) weeks stating who has paid and/or agreed to pay the Elected Officials' attorneys' fees in this case and the amounts/dates that counsel for the Elected Officials has been paid during this bankruptcy proceeding.

5. I submit this Affidavit to comply with Judge Chan's direction.

6. Aqua has not paid and has not agreed to pay any legal fees or other fees of the Elected Officials.

7. This Affidavit is intended to be construed in its broadest possible term to emphasize that Aqua has not funded and has not agreed to fund the Elected Officials' attorneys or legal team.

Date: March 13, 2023

_____
Christopher P. Luning

Sworn and subscribed before me

This 13th day of March, 2023

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa M. McGonigle, Notary Public
Montgomery County
My commission expires March 31, 2026
Commission number 1417633
Member, Pennsylvania Association of Notaries

