# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA : | Case No.: 22-13032-AMC |
| Debtor. : | |

THADDEUS KIRKLAND, being duly sworn, deposes and says that:

1. I am the Mayor of the City of Chester.

2. This affidavit is based upon my information, belief and personal knowledge of the facts and matters stated herein.

3. The City retained Buchanan Ingersoll and Rooney, PC ("Buchanan") on an hourly basis to: a) represent the City, the Mayor and City Council, as a body, in the pending Act 47 case in the Commonwealth Court of Pennsylvania; and b) the Mayor and City Council, as a body, in this bankruptcy case.

4. The City is solely responsible for the payment of Buchanan's fees and expenses.

5. On or about February 10, 2023, Buchanan received the following payments of $4,672.00 and $3,625.00.

6. No party, other than the City, has paid, offered to pay or agreed to pay, any of Buchanan's fees or expenses.

*/s/ Thaddeus Kirkland*
Hon. Thaddeus Kirkland

COMMONWEALTH OF PENNSYLVANIA )
) ss.:
COUNTY OF DELAWARE )

On the 14th day of March, in the year 2023, before me, the undersigned, personally appeared Thaddeus Kirkland personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his/her/their capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

*/s/ Shirley J. Wells*
Notary Public
My Commission Expires:

> Commonwealth of Pennsylvania - Notary Seal
> Shirley J. Wells, Notary Public
> Delaware County
> My commission expires October 3, 2025
> Commission number 1176695
> Member, Pennsylvania Association of Notaries

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF CHESTER, PHILADELPHIA,** | ) | Case No.: 22-13032-amc |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served on the 14th day of March, 2023 a copy of the Elected Officials' Affidavit for 2004 Exam Motion upon all parties-in-interest via ECF notification and via U.S. Mail to the parties on the attached service list.

Dated: March 14, 2023

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com

*Attorney for the Elected Officials*

**Service List**

**The City**:
The City of Chester
Attn: Michael T. Doweary, Receiver
Attn: Vijay Kapoor, Chief of Staff
Commonwealth Keystone Building
400 North Street, 4th Floor
Harrisburg, PA 17120

**Counsel to The City**:
Tobey M. Daluz, Esq.
Margaret A. Vesper, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103


Matthew G. Summers, Esq.
Laurel D. Roglen, Esq.
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801

**The Office of the United States Trustee**:
Office of the United States Trustee
Attn: John Schanne, Esq.
Attn: George Conway, Esq.
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, Pennsylvania 19107