# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA | : | Case No.: 22-13032-AMC |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that Thaddeus Kirkland, as Mayor of the City of Chester, and the City Council of the City of Chester, as a body, appeal under 28 U.S.C. § 158(a) or (b) from the Order [Docket No. 267] and corresponding Opinion [Docket No. 266], each entered on March 14, 2023, determining that the City of Chester is eligible to be a debtor under Chapter 9 of the Bankruptcy Code, true and correct copies of which are attached hereto as Exhibit "A".

The names of all parties to the final orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Counsel to The City**:
Tobey M. Daluz, Esq
Margaret A. Vesper, Esq.
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE  19801
Email: daluzt@ballardspahr.com
Email: vesperm@ballardspahr.com

Matthew A. Hamermesh, Esq.
Michael J. Masciandaro, Esq.
Hangley Aronchick Segal Pudlin & Schiller
One Logan Sq., 27th fl.
Philadelphia, PA  19103
Email: mhamermesh@hangley.com
Email: mmasciandaro@hangley.com

**The Office of the United States Trustee**:
Office of the United States Trustee
Attn: John Schanne, Esq.
Attn: George Conway, Esq.
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Email: John.Schanne@usdoj.gov
Email: george.m.conway@usdoj.gov

Respectfully submitted,

Date: March 28, 2023    **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com
*Counsel for the Elected Officials*

2