# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF CHESTER, PHILADELPHIA,** | ) | Case No.: 22-13032-amc |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served on the 28th of March, 2023 a copy of the Notice of Appeal was served upon all parties-in-interest via ECF notification and to the parties on the attached service list via electronic mail.

Dated: March 28, 2023

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com

*Attorney for the Elected Officials*

**Service List**

**Counsel to The City**:
Tobey M. Daluz, Esq
Margaret A. Vesper, Esq.
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE  19801
Email: daluzt@ballardspahr.com
Email: vesperm@ballardspahr.com

Matthew A. Hamermesh, Esq.
Michael J. Masciandaro, Esq.
Hangley Aronchick Segal Pudlin & Schiller
One Logan Sq., 27th fl.
Philadelphia, PA  19103
Email: mhamermesh@hangley.com
Email: mmasciandaro@hangley.com

**The Office of the United States Trustee**:
Office of the United States Trustee
Attn:  John Schanne, Esq.
Attn: George Conway, Esq.
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Email: John.Schanne@usdoj.gov
Email: george.m.conway@usdoj.gov