IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Judge Ashely M. Chan |
| | : | |

### CITY OF CHESTER'S SUPPLEMENTAL RESPONSE TO THE MOTION BY CHESTER WATER AUTHORITY PURSUANT TO RULE 2004 FOR DISCLOSURE OF COMPENSATION OF LEGAL PROFESSIONALS REPRESENTING DEBTOR'S ELECTED OFFICIALS

The City of Chester (the "Debtor" or the "City"), as the debtor in the above-captioned chapter 9 case, hereby submits this Supplemental Response (the "Supplemental Response") to the *Motion by Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials* [Docket No. 216] (the "2004 Motion").[1] In support of this Response, the City respectfully states as follows:

### RESPONSE

1.  On February 8, 2023, the Chester Water Authority (the "CWA") filed the 2004 Motion, seeking, *inter alia*, disclosure by the Debtor of the "nature and extent of compensation paid or owed to the Elected Officials' counsel as well as whether another entity, such as Aqua/Essential, is actually paying, or has offered to make payment at a future time, for representation." 2004 Motion, at ¶ 11.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the 2004 Motion.

2. On February 22, 2023, the Debtor filed the *City of Chester's Response to the Motion by Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials* [Docket No. 242] (the "Response").

3. On March 14, 2023, the Elected Officials filed the affidavit of Mayor Thaddeus Kirkland [Docket No. 265] (the "Kirkland Affidavit") stating, *inter alia*, that the "City" retained Buchanan Ingersoll and Rooney, PC ("Buchanan") to represent "the City" in the ongoing proceeding in the Commonwealth Court of Pennsylvania and to represent "the Mayor and City Council, as a body, in this bankruptcy case," with certain payments having been made to Buchanan in connection with such representation on or about February 10, 2023.

4. Michael Doweary (the "Receiver"), in his capacity as receiver for the Debtor, has not authorized the retention of Buchanan by the City or the Elected Officials in connection with this bankruptcy case and, to his knowledge, none of the payments made to Buchanan were on account of Buchanan's work in representing the Elected Officials in this bankruptcy case. The Receiver's understanding is that the payments to Buchanan identified in the Kirkland Affidavit were entirely on account of fees and expenses incurred by the Elected Officials in connection with matters before the Commonwealth Court.

June 23, 2023                                    Respectfully submitted,

*/s/ Tobey M. Daluz*
Tobey M. Daluz (PA Bar No. 60685)
Margaret A. Vesper (PA Bar No. 329793)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel:  (215) 864-8148
Email:  daluzt@ballardspahr.com
              vesperm@ballardspahr.com

and

Matthew G. Summers*
Laurel D. Roglen*
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Email:  summersm@ballardspahr.com
roglenl@ballardspahr.com

(*Admitted *pro hac vice*)

*Attorneys for the City of Chester*