**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Judge Ashely M. Chan |
| | : | |

**CERTIFICATE OF SERVICE**

I, Tobey M. Daluz, Esquire, hereby certify that on this 23rd day of June 2023, I caused a true and correct copy of the *City of Chester's Supplemental Response to the Motion by Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials* to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

June 23, 2023

/s/ *Tobey M. Daluz*
Tobey M. Daluz (PA Bar No. 60685)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8148
Email: daluzt@ballardspahr.com