IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA | : | Case No. 22-13032-amc |
| | : | |
| Debtor. | : | _____ |
| | : | |

## ORDER

AND NOW, upon consideration of the *Motion of Chester Water Authority Pursuant to Rule 2004 for Disclosure of Compensation of Legal Professionals Representing Debtor's Elected Officials* (the "Motion"), responses filed and after notice and hearing of 6/27/23, it is hereby

**ORDERED** that the Motion is DENIED for reasons stated in open Court.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge

**Date: June 27, 2023**