**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                               : Chapter 9

City of Chester, Pennsylvania                                             : Bankruptcy 22–13032–amc

       Debtor(s)

*NOTICE OF FILING OF TRANSCRIPT*
*AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 6/27/23 was filed on 8/4/23.

The following deadlines apply:

The parties have until 8/11/23 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 8/25/23 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 9/5/23 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/2/23 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

                                              For the Court

Date: 8/4/23                                                                                       Timothy B. McGrath
                                                         Clerk of Court

                                                         By:<u>Tasha Dawsonia</u>
                                                               Deputy Clerk