# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA, | : | Case No. 22-13032 |
| | : | |
| Debtor. | : | Judge Ashely M. Chan |
| | : | |

**ORDER COMPELLING THE STORMWATER AUTHORITY OF THE CITY OF CHESTER TO PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**

Upon consideration of the *Motion of City of Chester for Entry of an Order Requiring the Stormwater Authority of the City of Chester to Produce Documents Pursuant to Bankruptcy Rule 2004* (the "Motion"),[1] the Court having reviewed the Motion; the Court finding that, (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(G) and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. IT IS HEREBY FURTHER ORDERED that within seven (7) days of the date of this Order, the Storm Water Authority of the City of Chester ("SAC") shall produce the documents requested in Exhibit B to the Motion.

3. IT IS HEREBY FURTHER ORDERED that upon reasonable request of the City, SAC shall produce any relevant supplemental documentation.

4. The terms and conditions of this Order shall be immediately effective and

---

[1] Capitalized terms not otherwise defined herein, shall have the meaning given to them in the Motion.

enforceable upon its entry.

5. The City is authorized to take all actions necessary to effectuate the relief granted in this Order.

6. Nothing herein or in the Motion is intended to, shall constitute, or shall be deemed to constitute the City's consent pursuant to Section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City, or (c) the City's use or enjoyment of income-producing property.

7. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____  _____
                                                                                 Ashely M. Chan
                                                                                 United States Bankruptcy Judge