# EXHIBIT F



*Livia Smith, Chair*
*Portia West, Vice Chair*
*Joan Neal, Secretary*
*William Riley, Treasurer*
*John Shelton, Board Member*
*Fred Green, Board Member*
*Joy Taylor, Board Member*
*Steven A. Hann, Esquire, Interim Solicitor*
*Dr. Horace Strand, Executive Manager*

June 30, 2023

VIA EMAIL (daluzt@ballardspahr.com)
Tobey M. Daluz, Esquire
Ballard Spahr, LLP
919 North Market Street
Wilmington, DE  19801-3034

    RE:    *In re City of Chester, Pennsylvania,* No. 22-13032, (E.D. Pa.), Chapter 9 Proceeding

Dear Counsel:

    In response to the City's request for documentation from the Stormwater Authority.  I am enclosing documents relevant to your request listed below.  Please be advised that there are some additional documents enclosed which may exhibit further explanation in satisfying your request in these areas as well.

1. Current stormwater fee resolution;

2. 2023 adopted budget;

3. Actual revenues and expenditures by detailed line items for Years 2020-2022;

4. Audited financial statements for Years 2020-2022;

5. Multi-year stormwater budget (including capital needs) used to establish the stormwater fee; and

6. Copy of all current regulatory permits governing the system, including MS4 and/or other NPDES Permits.

Stormwater Authority of the City of Chester
31 East 5th Street, Chester, PA 19013 • 610-872-1000 Office • 610-872-1003 Fax •
chesterstormwaterauthority@chesterstormwaterauthority.com

    I apologize, however, for not providing all the documents requested in your letter.  Unfortunately, we do not have all the documentation available at this time; we will need to get those documents from our engineer, HDR.  Upon receipt of that information from HDR, we will provide you with same.

    If you have any further questions, please do not hesitate to contact us.

Sincerely,

*[signature]*

Dr. Horace W. Strand
Executive Manager

Cc:  Steve Hann, Esquire

31 East 5th Street, Chester, PA 19013 • 610-872-1000 Office • 610-872-1003 Fax •
chesterstormwaterauthority@chesterstormwaterauthority.com

2