# EXHIBIT J



*Livia Smith, Chair*
*Portia West, Vice Chair*
*Joan Neal, Secretary*
*William Riley, Treasurer*
*John Shelton, Board Member*
*Fred Green, Board Member*
*Joy Taylor, Board Member*
*Steven A. Hann, Esquire, Solicitor*
*Dr. Horace Strand, Executive Manager*

**MINUTES**
**Board of Directors**
**STORMWATER AUTHORITY**
**OF THE CITY OF CHESTER**
**October 10, 2023**

The Board of Directors of the Stormwater Authority of the City of Chester held a Board meeting on Tuesday, October 10, 2023, at the Stormwater Authority office located at 29 East 5th Street, Chester, PA  19013.

## Call to Order

Ms. Livia Smith called the meeting to order at 10:07 a.m.  Ms. Smith stated that at the end of the meeting there will be an Executive Session to discuss some personnel matters.  Ms. Smith asked the Executive Secretary (Vanessa Gosa) of the Stormwater Authority to provide verification of the published meeting.

## Verification of Published Meeting

The Executive Secretary of the Stormwater Authority (Vanessa Gosa) stated that the verification of published meeting was forwarded via email to Solicitor, Steven Hann on Friday, October 6, 2023.  Ms. Gosa proceeded to read the Notice of Publication that was published in the Delco Times on September 26, 2023.  Ms. Smith asked if Mr. Hann was on the phone and if he would confirm verification of published meeting, and that he received same.  Mr. Hann confirmed receipt.

Stormwater Authority of the City of Chester
31 East 5th Street, Chester, PA 19013 • 610-872-1000 Office • 610-872-1003 Fax •
chesterstormwaterauthority@chesterstormwaterauthority.com

## Roll Call of the Board

The following people were present:   Mr. John Shelton, Board Member; Ms. Portia West; Vice Chair; Mr. Fred Green, Board Member; Ms. Joy Taylor, Board Member; and Ms. Livia Smith, Chair.  Ms. Joan Neal (Treasurer) came in a little after roll call.

## Prayer/Pledge of Allegiance

Prayer led by Ms. Livia Smith, Chair.  Pledge of Allegiance followed.

## Public Comments on Agenda Items Only

None.

## Approval of Minutes of August 8, 2023 Minutes

Ms. Livia Smith asked that a motion be made to approve the August 8, 2023 minutes.

Mr. John Shelton made a motion to approve the August 8, 2023 minutes.  Ms. Portia West seconded.

## Motion for Approval of Minutes of August 8, 2023 minutes

Mr. John Shelton (Yes); Ms. Portia West (Yes); Ms. Joy Taylor (Yes); Mr. Fred Green (Yes); Ms. Joy Taylor (Yes); and Ms. Livia Smith (Yes). Motion carried.

## Approval of Report of Current and Most Recent Expenditures

Ms. Livia Smith asked that a motion be made to approve the Report on Current and Most Recent Expenditures.

Mr. John Shelton made a motion for approval of the Report on Current and Most Recent Expenditures.  Ms. Livia Smith asked if someone would second, then proceeded to ask if there were any questions on the report.

Mr. Fred Green inquired about the $20,000 and $5,000 reimbursements made to Faith Temple Holy Church.  Mr. Green asked for some clarity on that statement, who did SAC get the money from, $25,000 from Faith Temple Holy Church, and $15,000 from Dr. Strand. $25,000 has been reimbursed, $15,000 is still outstanding.

Livia Smith ask Solicitor, Steven Hann if he had any comments on the situation.  Mr. Hann asked if Ms. Smith would repeat the question.  Ms. Smith stated that she knows that this is an unorthodox way of borrowing money in order to meet payroll, so she asked if SAC crossed the lines.

31 East 5th Street, Chester, PA 19013 • 610-872-1000 Office • 610-872-1003 Fax • chesterstormwaterauthority@chesterstormwaterauthority.com

2

Livia enlightened Mr. Hann by letting him know that SAC found that they had a shortage, that SAC was going to be short on payroll for that particular cycle. Therefore, a promissory note was drawn to Dr. Strand to provide the additional dollars that were needed in order to make that payroll for that period of time. As the Board is hearing today, it came up as two different sources. One it was from Faith Temple Holy Church, and two it was from Dr. Strand personally. That was the procedure that took place for the promissory note if she understood clearly. Mr. Nelson stated, "yes."

Mr. Hann stated before he gave his thoughts on this, he wanted to be sure he had all the details, so he is going to check with Dr. Strand on that.

Ms. Smith asked if there were any more questions. Mr. Green had a question about the $1,000 fringe benefits which was raised by Joy Taylor at the Special Meeting held on September 11, 2023, about paying the $1,000 fringe benefits. Mr. Green stated he wasn't sure if the Board tabled that, he sees in the current report that it is on there for September and October 2023. Wasn't sure if it was voted on since Joy had brought up that question at the Special Meeting.

Ms. Smith informed Mr. Green that what was verbalized at the Special Meeting is not available at this time. Ms. Joan Neal stated that it was agreed upon at the Special Meeting. Ms. Smith stated that she was not physically at the Special Meeting on September 11, 2023, so therefore she doesn't know what was agreed upon. However, she thinks that it was stated by the Board that they would be dealing with salaries only at that time.

Ms. Smith again asked for a motion on the Report of Current and Most Recent Expenditures. Ms. Joan Neal made a motion to approve current and most recent expenditures. Mr. John Shelton seconded.

Before doing the poll vote, Executive Secretary, Vanessa Gosa asked that the record reflect that Ms. Joan Neal (Treasurer) is present at the meeting.

**Motion for Approval of Report of Current and Most Recent Expenditures**
Mr. John Shelton (Yes); Ms. Portia West (Yes); Mr. Fred Green (No); Ms. Joy Taylor (No); Ms. Joan Neal (Yes); and Ms. Livia Smith (Yes). Motion carried.

**Solicitor's Report – October 10, 2023**

TO THE BOARD OF DIRECTORS:

31 East 5th Street, Chester, PA 19013 • 610-872-1000 Office • 610-872-1003 Fax •
chesterstormwaterauthority@chesterstormwaterauthority.com

3

On September 14, 2023, the Authority heard an appeal by PQ Corporation regarding its assessed stormwater fee. I am currently evaluating the information that was presented at the meeting and will be responding to the Corporation in the next week or so.

***Respectfully submitted by: Steven Hann, Esquire, Solicitor***

Livia Smith asked if there were any questions on the Solicitor's Report. Ms. Smith asked Solicitor Hann if they were appealing their stormwater fees. Ms. Smith also asked if they ever paid anything. Solicitor Hann responded by saying yes, however, they are questioning the amount of the fee and that is what is been addressed at this time.

**Executive Manager's Report – October 10, 2023**

TO THE BOARD OF DIRECTORS:

Basically, we have heard from WFSF bank in regard to our request for the line of credit. They informed us that they do not lend money to governmental agencies.

Secondly, we are waiting for Covenant Bank to give us a "yay" or "nay" on our request. We are somewhat optimistic because they have not outright denied us, and they are still working on our application.

We have contacted PENNVEST to request a three-month deferment of our loan. They agreed to the deferment if we pay only the interest for the next three months. This will enable us to maintain our operations, and to meet the adjusted payroll successfully.

We are also working on areas that could possibly result in bringing in additional funds to cover some of our operating expenses. If we are successful, we will obtain small grants from Pennvest which we are eligible for to cover some of our operating expenses.

Respectfully submitted:

_____
Dr. Horace W. Strand
Executive Manager

Livia Smith asked if there were any questions on the Executive Manager's report. There were none.

31 East 5th Street, Chester, PA 19013 • 610-872-1000 Office • 610-872-1003 Fax •
chesterstormwaterauthority@chesterstormwaterauthority.com

4

**Unfinished Business**

    None.

**Board Matters**

    None.

**New Business**

    None.

**Public Comments on Other Matters**

    None.

**Motion to Adjourn**

    Ms. Smith asked for a Motion to Adjourn the meeting.  Mr. John Shelton made a motion to adjourn.  Ms. Portia West seconded.  The meeting was adjourned at 10:25 a.m.

**Next Board Meeting will be December 12, 2023**

31 East 5th Street, Chester, PA 19013 • 610-872-1000 Office • 610-872-1003 Fax •
chesterstormwaterauthority@chesterstormwaterauthority.com

5