# EXHIBIT L

# Vijay Kapoor

| | |
|---|---|
| **From:** | Doweary, Michael <mdoweary@pa.gov> |
| **Sent:** | Thursday, February 15, 2024 1:07 PM |
| **To:** | Vijay Kapoor |
| **Subject:** | Fwd: [External] Fwd: City Home Rule Charter / Prohibitions |

_____
From: Portia West <pwest@chestercity.com>
Sent: Thursday, February 15, 2024 1:04:26 PM
To: Doweary, Michael <mdoweary@pa.gov>
Cc: Ken Schuster (ken@schusterlaw.com) <ken@schusterlaw.com>; Leonard Lightner <LLightner@chestercity.com>; Tameka Gibson <TGibson@chestercity.com>; Stefan Roots <sroots@chestercity.com>; Shy'Quan Davis <ShyQuanDavis@chestercity.com>; Fred Green <FGreen@chestercity.com>
Subject: [External] Fwd: City Home Rule Charter / Prohibitions


ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the Report Phishing button in Outlook. <https://www.oa.pa.gov/Documents/Cofense-Report-Phishing-User-Guide.pdf>


Receiver Doweary,

Please see below email chain.

Councilwoman Portia West
Deputy Mayor

Get Outlook for Android<https://aka.ms/AAb9ysg> _____
From: Ken Schuster <ken@schusterlaw.com>
Sent: Thursday, February 15, 2024 12:53:30 PM
To: Portia West <pwest@chestercity.com>
Cc: Stefan Roots <sroots@chestercity.com>; Tameka Gibson <TGibson@chestercity.com>; Leonard Lightner <LLightner@chestercity.com>; Fred Green <FGreen@chestercity.com>; Shy'Quan Davis <ShyQuanDavis@chestercity.com>; Janell Brown <jbrown@chestercity.com>
Subject: Re: City Home Rule Charter / Prohibitions

You are correct. Thank you.

Ken

On Feb 15, 2024, at 12:26 PM, Portia West <Pwest@chestercity.com> wrote:


Ken,

This is the first written opinion that I have received from you regarding members of Council participating on a paid board.

1

This matter was researched some time ago and it was decided that myself and a former Councilperson could serve on the SWA Board.  I am having this issue researched and will have an answer soon.

If it turns out to be that I was ill advised; I will take the necessary steps to be in compliance.

Councilwoman Portia West
Deputy Mayor


Get Outlook for Android<https://aka.ms/AAb9ysg> _____
From: Ken Schuster <ken@schusterlaw.com>
Sent: Thursday, February 15, 2024 11:48:36 AM
To: Stefan Roots <sroots@chestercity.com>; Portia West <pwest@chestercity.com>; Tameka Gibson <TGibson@chestercity.com>; Leonard Lightner <LLightner@chestercity.com>; Fred Green <FGreen@chestercity.com>; Shy'Quan Davis <ShyQuanDavis@chestercity.com>; Janell Brown <jbrown@chestercity.com>
Subject: City Home Rule Charter / Prohibitions

Mayor/Council:During my tenure as Solicitor I have been asked several times whether a member of Council can hold any position on a paying local state or federal board or authority. My opinion as Solicitor has consistently been that a member of Council may not hold any position on a paying board or authority. My opinion is predicated on the Home Rule Charter Section 203 entitled Prohibitions which provides in pertinent part that " This prohibition shall not include a nonpaying position with any local , state or federal board or authority.Reimbursement of expenses shall not be considered compensation." ( see attached Home Rule Charter).While this section regarding Prohibitions is silent as to whether a member of Council may hold a position on a paying board or authority , the language which expressly permits a nonpaying position only clearly prohibits a paying position under any reasonable interpretation of the law. I firmly believe that my reading of this section of the Home Rule Charter is correct and my opinion remains unchanged. By way of example during the past administration  I was asked whether the Mayor could be appointed to the CWA ,a paying authority ,and my unequivocal opinion was he could not hold a paying position on this authority while serving as Mayor and the nomination was withdrawn. I understand that members  of council have been advised by outside counsel that it is permissible for a member of Council to hold a paying board or authority seat but I must respectfully disagree for the reasons outlined herein. I would appreciate the opportunity to discuss this matter with each and every Council member in executive session as a group or privately as soon as possible.  As always, I am available by phone at 610-937-1800 or email . Thank you.


Ken