# EXHIBIT M

**From:** Stefan Roots <sroots@chestercity.com>
**Sent:** Tuesday, March 12, 2024 2:01 PM
**To:** chesterstormwaterauthority
**Subject:** RE: Information request from Mayor of Chester

Mr. Strand,

I'm sure much of this information is immediately available and none of it needs to be reviewed by you. Send me those items that must be sitting in your files by Friday. For the information that may take a little time, please name give me a date you will provide it.

Thank you

--



**Mayor Stefan Roots**
Chester City, PA

**Phone**: 610-447-7700 Ext. # 7729
**Web**: https://www.chestercity.com
**Email**: mayor@chestercity.com
**Address**: 1 E. 4th Street, Rm. 214, Chester, PA 19013

**From:** chesterstormwaterauthority <chesterstormwaterauthority@chesterstormwaterauthority.com>
**Sent:** Tuesday, March 12, 2024 12:43 PM
**To:** Stefan Roots <sroots@chestercity.com>
**Subject:** Re: Information request from Mayor of Chester

Mr. Roots. I received your request concerning the information related to the stormwater authority of the city of Chester. However, the time in which you have demanded this information be sent to your office is not enough time for us to review and to compile this information.


Dr. Horace W. Strand, Executive Manager
Stormwater Authority of the City of Chester
31 East 5th Street
Chester, PA 19013
Office: 610-872-1000
Fax: 610-872-1003
chesterstormwaterauthority@chesterstormwaterauthority.com
www.chesterstormwaterauthority.com



On Tue, Mar 12, 2024 at 10:58 AM Stefan Roots <sroots@chestercity.com> wrote:

Mr, Horace Strand,

Please provide me with the following documents by Friday March 15.

Thank you

- Copy of the February 2023 bank statement for SACC
- Any budget to actual report for 2023 and 2024
- Copy of Annual Budget for Fiscal Year ending June 2024
- Any cash flow projections for Fiscal Year ending June 2024
- Terms of the agreement with PennVest regarding renegotiation of recent loan payments\
- For all buildings owned by SACC
    - Description of the square footage and use of the property including number of employees that work at the location and personal property assets at the location.
    - Date each property was acquired and the acquisition documents including any related financing documents.
    - Copies of any current leases or subleases related to the properties.

--



**Mayor Stefan Roots**

Chester City, PA

**Phone**: 610-447-7700 Ext. # 7729

**Web**: https://www.chestercity.com

**Email**: mayor@chestercity.com

**Address**: 1 E. 4th Street, Rm. 214, Chester, PA 19013