**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA | : | Case No. 22-13032 |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, this ___ day of _____, 2024, upon consideration of the Motion of City of Chester for Entry of an Order Requiring the Stormwater Authority of the City of Chester to Produce Documents pursuant to Bankruptcy Rule 2004, and the Stormwater Authority of the City of Chester's Answer thereto, it is hereby ORDERED and DECREED that the Motion is DENIED.

                                                BY THE COURT:

                                                _____
                                                Hon. Asheley M. Chan
                                                United States Bankruptcy Judge