**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF CHESTER, PENNSYLVANIA | : | Case No. 22-13032 |
| | : | |
| Debtor | : | |
| | : | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Answer of the Stormwater Authority of the City of Chester to Debtor's Motion to Produce Documents pursuant to Bankruptcy Rule 2004 was served upon the parties/counsel below by sending true and correct copies by first class mail or electronic means on the date set forth below:

| | |
|---|---|
| Tobey M. Daluz, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Matthew G. Summers, Esquire<br>Laurel D. Roglen, Esquire<br>Nicholas J. Brannick, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE  19801<br>summersm@ballardspahr.com<br>roglenl@ballardspahr.com<br>brannickn@ballardspahr.com |
| John Schanne, Esquire<br>Robert N.C. Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA  19107 | |

Dated: March 23, 2024

Signed: /s/ John A. Gagliardi
By: John A. Gagliardi
Wetzel Gagliardi Fetter & Lavin LLC
122 South Church Street
West Chester, PA 19382
(484) 887-0779
Fax (484) 887-8763
jgagliardi@wgflaw.com