**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | : | |
| | : | Case No. 22-13032-amc |
| Debtor. | : | |
| | : | Related to Dkt. No. 1005 |
| | : | |
| | : | Chief Judge Ashely M. Chan |

**PRAECIPE TO WITHDRAW DOCUMENT**

To the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania:

Kindly withdraw the *Chester Water Authority's Objection to "Debtor's Motion to Withdraw Emergency Motion of Debtor, the City of Chester, for Order Enforcing the Automatic Stay and Imposing Sanctions Against Chester Water Authority"* filed by the Chester Water Authority in the above-captioned chapter 9 bankruptcy case on January 29, 2026, at Dkt. No. 1005.

[*Rest of page intentionally blank; signatures follow*]

ClarkHill\L5215\455064\286966538.v1-3/17/26

Dated: March 17, 2026

**CLARK HILL PLC**

*/s/ Jennifer K. Green*
Jennifer K. Green (MI Bar No. P69019)
220 Park St., Ste. 200
Birmingham, MI 48009
Telephone: (248) 988-2315
Facsimile: (248) 642-2174
jgreen@clarkhill.com
(*Pro Hac Vice*)

Kevin Dooley Kent (Pa. I.D. No. 85962)
2001 Market St., Ste. 2620
Philadelphia, PA 19103
Telephone: (215) 640-8531
Facsimile: (215) 640-8501
kkent@clarkhill.com

William C. Price (Pa. I.D. No. 90871)
301 Grant St., Fl. 14
Pittsburgh, PA 15219
Telephone: (412) 394-7776
Facsimile:  (412) 394-2555
wprice@clarkhill.com

Megan A. Guernsey (Pa. I.D. No. 202065)
2001 Market St., Ste. 2620
Philadelphia, PA 19103
Telephone: (215) 640-8522
Facsimile: (215) 640-8501
mguernsey@clarkhill.com

Ronald A. King (MI Bar No. P45088)
215 South Washington Sq., Ste. 200
Lansing, MI 48933
Telephone: (517) 318-3015
Facsimile: (517) 318-3099
rking@clarkhill.com
(*Pro Hac Vice*)

*Counsel for Chester Water Authority*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | : | |
| | : | Case No. 22-13032-amc |
| Debtor. | : | |
| | : | |
| | : | |
| | : | Chief Judge Ashely M. Chan |

**CERTIFICATE OF SERVICE**

I certify that I am and at all times hereinafter mentioned was more than 18 years of age, and that I caused a copy of the foregoing *Praecipe to Withdraw Document* to be served on all parties registered to receive CM/ECF service in the above-captioned chapter 9 bankruptcy case on March 17, 2026.

Dated: March 17, 2026         **CLARK HILL PLC**

*/s/ Jennifer K. Green*
Jennifer K. Green (MI Bar No. P69019)
220 Park St., Ste. 200
Birmingham, MI 48009
Telephone: (248) 988-2315
Facsimile: (248) 642-2174
jgreen@clarkhill.com
(*Pro Hac Vice*)