**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| *In re:* | : | **Chapter 9** |
|  | : |  |
| **CITY OF CHESTER, PENNSYLVANIA** | : |  |
|  | : |  |
| **Debtor** | : | **Case No. 22-12032(AMC)** |

**JOINDER OF THE AD HOC COMMITTEE OF RATEPAYERS OF THE
CHESTER WATER AUTHORITY TO THE MOTION OF THE
CHESTER WATER AUTHORITY TO (A) STRIKE THE PROPOSED TREATMENT OF
THE CHESTER WATER AUTHORITY AND ITS ASSETS FROM THE DEBTOR'S
PLAN OF ADJUSTMENT [DKT. NO. 583]; (B) VACATE THE ORDERS (1) REQUIRING
THE PRODUCTION OF DOCUMENTS AND INFORMATION PURSUANT TO
BANKRUPTCY RULE 2004 [DKT. NO. 688]; (2) AUTHORIZING THE USE OF SUCH
DOCUMENTS AND INFORMATION IN CONNECTION WITH THE RFP PROCESS
[DKT. NO. 782]; (3) PERMITTING PHYSICAL ACCESS TO THE CHESTER WATER
AUTHORITY'S PROPERTY [DKT. NO. 859]; AND (4) PROHIBITING THE ISSUANCE
OF RIGHT-TO-KNOW LAW REQUESTS THAT REFER OR RELATE TO THE RFP
PROCESS [DKT. NOS. 692 & 713]; (C) MODIFY THE MEDIATION ORDER [DKT. NO.
139] TO RELEASE THE CHESTER WATER AUTHORITY FROM ANY MANDATORY
PARTICIPATION OBLIGATION; AND (D) COMPEL THE DEBTOR TO RETURN ALL
DOCUMENTS AND INFORMATION PRODUCED BY THE CHESTER WATER
<u>AUTHORITY PURSUANT TO BANKRUPTCY RULE 2004 OR IN MEDIATION</u>**

The Ad Hoc Committee of Ratepayers of the Chester Water Authority, by and through its

undersigned counsel, hereby joins the Chester Water Authority in its Motion to (A) Strike the

Proposed Treatment of the Chester Water Authority and its Assets from the Debtor's Plan of

Adjustment [Dkt. No. 583]; (B) Vacate the Orders (1) Requiring the  Production of Documents

and Information Pursuant to Bankruptcy Rule 2004 [Dkt. No. 688]; (2) Authorizing the Use of

Such Documents and Information in Connection with the RFP Process [Dkt. No. 782]; (3)

Permitting Physical Access to the Chester Water Authority's Property [Dkt. No. 859]; and (4)

Prohibiting the Issuance of  Right-to-Know Law Requests that Refer or relate to  the RFP

Process [Dkt. Nos. 692 & 713]; (C) Modify the Mediation Order [Dkt. No. 139] to Release the

Chester Water Authority from any Mandatory Participation Obligation; and (D) Compel the

Debtor to Return All Documents and Information Produced by the Chester Water Authority

Pursuant to Bankruptcy Rule 2004 or in Mediation filed at D.I. 1013.

     The Ad Hoc Committee of Ratepayers of the Chester Water Authority reserves the right

to seek additional relief.

                                        CIARDI CIARDI & ASTIN

Dated:  March 24, 2026               By:    ***/s/ Albert A. Ciardi, III***
                                               Albert A. Ciardi, III, Esquire
                                             1905 Spruce Street
                                             Philadelphia, PA  19103
                                           Telephone:  215-557-3550
                                           aciardi@ciardilaw.com

                                           *Counsel to the Ad Hoc Committee of*
                                           *Ratepayers of the Chester Water Authority*