**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 9** |
| | : | |
| **CITY OF CHESTER, PENNSYLVANIA** | : | |
| | : | |
| **Debtor** | : | **Case No. 22-12032(AMC)** |

**JOINDER OF THE AD HOC COMMITTEE OF RATEPAYERS OF THE
CHESTER WATER AUTHORITY TO THE MOTION OF THE
CHESTER WATER AUTHORITY TO PROCEED PURSUANT TO THE
PENNSYLVANIA SUPREME COURT'S REMAND ORDER AND FOR A
DECLARATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR,
<u>IN THE ALTERNATIVE, TO LIFT THE STAY FOR CAUSE</u>**

The Ad Hoc Committee of Ratepayers of the Chester Water Authority, by and through its

undersigned counsel, hereby joins the Chester Water Authority in its Motion to Proceed Pursuant

to the Pennsylvania Supreme Court's Remand Order and for a Declaration that the Automatic

Stay Does Not Apply, or, in the Alternative, to Lift the Stay for Cause filed at D.I. 1010.

The Ad Hoc Committee of Ratepayers of the Chester Water Authority reserves the right

to seek additional relief.

<div style="margin-left: 50%;">

CIARDI CIARDI & ASTIN

</div>

Dated:  March 24, 2026          By:     */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA  19103
Telephone:  215-557-3550
aciardi@ciardilaw.com

*Counsel to the Ad Hoc Committee of
Ratepayers of the Chester Water Authority*