**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | Case No. 22-13032 |
| Debtor. | Judge Ashely M. Chan |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please withdraw, without prejudice, the *Plan of Adjustment of Debts of the City of Chester*, filed August 26, 2024 at Docket Number 583.

March 26, 2026

Respectfully submitted,

*/s/ Tobey M. Daluz*
Tobey M. Daluz (PA Bar No. 60685)
Margaret A. Vesper (PA Bar No. 329793)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8148
Email:  daluzt@ballardspahr.com
            vesperm@ballardspahr.com

-and-

Matthew G. Summers*
Laurel D. Roglen*
Nicholas J. Brannick*
Ballard Spahr LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Tel: (302) 252-4465
Email: summersm@ballardspahr.com
            roglenl@ballardspahr.com
            brannickn@ballardspahr.com

(*Admitted pro hac vice)

*Attorneys for the City of Chester*